13-CV-00040-CLM

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEANETTE WALLIS, | CASE NO. CV13-40Z |
| Plaintiff, | PEREMPTORY CHALLENGES (CIVIL ACTION) |
| v. | |
| BNSF RAILWAY COMPANY, | |
| Defendant. | |

Plaintiff:

1. #1 Christine Kellett
2. #8 Barbara Wright
3. #15 Patricia Kelly

*[signature]*
SIGNATURE OF COUNSEL FOR PLAINTIFF
2/18/2014

Defendant:

1. _____
2. _____
3. _____

_____
SIGNATURE OF COUNSEL FOR DEFENDANT

PEREMPTORY CHALLENGES- 1