## UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEANETTE M WALLIS,<br><br>Plaintiff(s),<br><br>v.<br><br>BNSF RAILWAY COMPANY,<br><br>Defendant(s). | JUDGMENT IN A CIVIL CASE<br><br>CASE NO. C13-40 TSZ |

__x__   **Jury Verdict**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_____   **Decision by Court**. This action came on for consideration before the court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

JUDGMENT is hereby ENTERED in favor of plaintiff Jeanette M Wallis and against defendant BNSF Railway Company, as follows: damages in the amount of $20,000, together with costs to be taxed by the Clerk in the manner set forth in Federal Rule of Civil Procedure 54(d) and Local Civil Rule 54(d), and interest at the rate set forth in 28 U.S.C. § 1961 from the date of judgment until paid in full.

Dated this 6th day of March, 2014.

                                                William M. McCool
                                                Clerk

                                                s/Claudia Hawney
                                                Deputy Clerk