The Honorable Thomas S. Zilly

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JEANETTE WALLIS,<br><br>                    Plaintiff,<br><br>     v.<br><br>BNSF RAILWAY COMPANY,<br><br>                    Defendant. | NO. 2:13-CV-00040-TSZ<br>Judge: Thomas S. Zilly<br><br>**PRAECIPE** |

TO:   THE CLERK OF THE UNITED STATES DISTRICT COURT

The previously submitted Order Granting Plaintiff's Motion for Attorney Fees and Costs for the one filed earlier today (ECF No. 115-1) contains a mathematical error and an inaccurate Certificate of Service, neither of which were discovered until after filing.  Please substitute the attached order and Certificate of Service for the one filed earlier today.

DATED this 18th day of March 2014.

YAEGER & JUNGBAUER BARRISTERS, PLC

/s/ William G. Jungbauer
William G. Jungbauer, admitted *pro hac vice*
2550 University Avenue West, Ste. 345N
Saint Paul, MN 55114
Telephone: (651) 288-9500
Facsimile: (651) 288-0227
wgjgrp@yjblaw.com

-and-

Praecipe
No. 13-CV-40
Page 1

Yaeger & Jungbauer Barristers, PLC
2550 University Ave W. Ste. 345 N
St. Paul, MN  55114
651-288-9500

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Bradley K. Crosta. WSBA #10571
CROSTA & BATEMAN
999 3rd Avenue, Suite 2525
Seattle, WA 98104-4032
Telephone: (206) 224-0900
Facsimile: (206) 467-8028
bcrosta@crostabateman.com

*Attorneys for Plaintiff*

Praecipe
No. 13-CV-40
Page 2

Yaeger & Jungbauer Barristers, PLC
2550 University Ave W. Ste. 345 N
St. Paul, MN  55114
651-288-9500