# Invoices

| DATE | CREDITOR | DESCRIPTION | INVOICE BATES # |
|------|----------|-------------|-----------------|
| 1/9/2013 | U.S. District Court (via Crosta & Bateman) | Civil Filing Fee | WALLIS COSTS 001 |
| Rev. 12/1/2013 | U.S. District Court | Schedule of Fees | WALLIS COSTS 002 |
| 6/5/2013 | ABC Legal Services | Notice of Videotaped Deposition - Kester | WALLIS COSTS 003 |
| 6/5/2013 | ABC Legal Services | Notice of Videotaped Deposition - Duff | WALLIS COSTS 004 |
| 1/31/2014 | Crosta & Bateman | Witness Fees (Beech, Kautzmann, Kester, Duff) | WALLIS COSTS 005 |
| 2/6/2014 | Crosta & Bateman | Additional Mileage (Kester) | WALLIS COSTS 006 |
| 2/6/2014; 2/14/2014 | ABC Legal Services (via Crosta & Bateman) | Service of Subpoena (Beech, Duff, Kautzmann, Kester) | WALLIS COSTS 006 |
| 7/23/2012 | Merrill Corp. | Boldra Deposition | WALLIS COSTS 007-009 |
| 7/24/2012-7/25/2012 | Merrill Corp. | Ferguson Deposition | WALLIS COSTS 010-013 |
| 7/27/2012 | Merrill Corp. | Smith Deposition | WALLIS COSTS 014-016 |
| 9/6/2012 | Starkovich Reporting | Saenz Deposition | WALLIS COSTS 017 |
| 9/24/2012 | Starkovich Reporting | Young & Batterberry Depositions | WALLIS COSTS 018 |
| 9/24/2012 | Veritext Corporate Servs. | Wallis Deposition | WALLIS COSTS 019 |
| 6/6/2013 | Starkovich Reporting | Kester & Duff Depositions | WALLIS COSTS 020-021 |
| 9/6/2013 | Merrill Corp. | Beck Deposition | WALLIS COSTS 022-024 |
| 9/16/2013 | Merrill Corp. | Uckno Deposition | WALLIS COSTS 025-027 |
| 9/17/2013 | Merrill Corp. | Lessin Deposition | WALLIS COSTS 028 |
| 9/17/2013 | Veritext Corporate Servs. | Lessin Deposition | WALLIS COSTS 029 |
| 9/19/2013 | Merrill Corp. | Gavalla Deposition | WALLIS COSTS 030 |
| 9/19/2013 | Veritext Corporate Servs. | Gavalla Deposition | WALLIS COSTS 031 |
| 2/12/2014 | Merit Court Reporters | Simmons Deposition | WALLIS COSTS 032 |
| 2/14/2014 | Thomas & Thomas | Freshour Deposition | WALLIS COSTS 033 |
| 2/21/2014 | Prolumina | Freshour Deposition | WALLIS COSTS 034 |
| 2/27/2014 | Barry L. Fanning | Daily Rough Trial Transcripts | WALLIS COSTS 035 |
| 12/6/2013 & 1/8/2014 | Judicial Dispute Resolution, LLC | ½ Mediation Fees | WALLIS COSTS 036-037 |
| 7/25/2012 & 7/27/2012 | Atrium Offices | Variable Charges | WALLIS COSTS 038-041 |
| 2/28/2014 | Fisher Video Conferencing Servs. | Video Conference-Stratford | WALLIS COSTS 042 |
| Various | YJB | Photocopying & Printing Charges | WALLIS COSTS 043-047 |

Plaintiff's Bill of Costs; No. 2:13-CV-40-TSZ
Invoice Index

Yaeger & Jungbauer Barristers, PLC
2550 University Ave W. Ste. 345 N
St. Paul, MN 55114
651-288-9500

91-15-0741

**CROSTA AND BATEMAN**
**Attorneys at Law**
**999 Third Avenue, Suite 2525**
**Seattle, WA 98104**
(206) 224-0900

UU13
13192

RECEIVED

FEB 11 2013

Yaeger, Jungbauer & Barczak

403

Yeager, Jungbauer & Barczak
2550 University Avenue W, Ste 345N
St. Paul, MN 55114

February 07, 2013
20104027

2010-3614
Jeanette

In Reference To: Wallis v. BNSF
    Personal Injury - Railroad Claim
    Client File No. 13008

**REDACTED**

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 1/8/2013 - | BKC | Open file; dictate instructions regarding complaint to be prepared on C&B pleading paper, filing in federal court; prepare civil cover page and summons. | 1.80 | ▉ |
| 1/10/2013 - | BKC | Received notice of appearance from Mr. Lantini and from Mr. Olsen; emails to client. | 0.20 | ▉ |
| 1/22/2013 - | BKC | Received Notice from Court; forward to client. | 0.10 | ▉ |
| | | For Professional Services Rendered | 2.10 | ▉ |

Additional Charges:

| | | |
|---|---|---|
| 1/9/2013 - | U.S. District Court -- filing fee | 350.00 |
| | Total Costs | $350.00 |
| | Total Amount of this Bill | ▉ |
| | Balance Due | ▉ |

001
WALLIS COSTS

# UNITED STATES DISTRICT COURT

## SCHEDULE OF FEES

| | |
|---|---|
| Abstract of Judgment | $21.00 + copy fees |
| Archive Retrieval | $64.00 (first box), $39.00 (each additional box) |
| Attorney Admission | $226.00 |
| Attorney Admission (Pro Hac Vice) | $150.00 |
| Attorney Certificate (duplicate or good standing) | $18.00 |
| Certification Fee | $11.00 + copy fees |
| Copy Costs | $.50 per page |
| Copy Costs (printed from computers in public area) | $.10 per page |
| Civil Filing Fee (includes Notices of Removal) | $400.00 |
| Exemplification Fee | $21.00 + copy fees |
| Miscellaneous Case Filing Fee | $46.00 |
| Misdemeanor Appeal | $37.00 |
| Notice of Appeal (includes filing and docket fees) | $505.00 |
| NSF Check Fee | $53.00 |
| Search Fee (any manual search request) | $30.00 |
| Tape Reproduction | $30.00 |
| Writ of Habeas Corpus (2254, 2241) | $5.00 |

Note: Fees are authorized by Title 28, USC, Sec. 1914 and LCR 83.1. Complete texts of federal court fee schedules are available at: http://www.uscourts.gov/FormsAndFees/Fees.aspx

Revised 12/1/2013



ABC LEGAL SERVICES

633 Yesler Way Seattle, WA 98104   www.abclegal.com
206 521-9000    Fax: 206 224-3409

*Tax ID on file*

RECEIVED

JUN 18 2013

# PROCESS SERVICE INVOICE

*Yaeger, Jungbauer & Barczak*

*37.0*

**Bill To:**

Yaeger, Jungbauer & Barczak
2550 University Ave W.  Suite 345N
St. Paul, MN   55114

Account #: 103138
Attention:  JULIE GRINDE   800 435-7888

**INVOICE #: 7988680**

DATE:        Jun  5 2013
BILL REF:

## AMOUNT DUE : $167.09

*W16-3614*

| | |
|---|---|
| CASE NAME: | JEANETTE WALLIS,  vs. BNSF RAILWAY COMPANY, |
| SERVEE: | TODD KESTER |
| PERSON SERVED: | TODD KESTER  A blonde-haired white male approx. 35-45 years of age, 6'0"-6'6" tall and weighing 220-240 lbs, GLASSES |
| SERVICE DATE: | Jun  5 2013 10:00AM    SERVED BY:  E. Traina |
| SERVICE ADDRESS: | 519 NE 79TH ST  SEATTLE, WASHINGTON 98115 |
| DOCUMENTS SERVED: | NOTICE OF VIDEOTAPED DEPOSITION UPON ORAL EXAMINATION OF TODD KESTER; SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION; WITNESS FEE CHECK; |

**SERVICE HISTORY**

| | | |
|---|---|---|
| 06/05/2013 | Local Service Event: Served | 06/05/13 10:00 (SVD PRI) |
| 06/04/2013 | Work Order Received and Entered | |

**SERVICE NOTE**                                           BAD ADDRESS LIST

06/05/2013 09:22: No answer at door, no lights.

| SERVICE PERFORMED | NOTE | RATE |
|---|---|---|
| Rush Process Service | RUSH SERVICE/ATTEMPT | 41.25 |
| Fee Advance (> $30.00) | check #712030 @ $46.67 | 66.34 |
| SERVICE OF PROCESS | | 59.50 |
| | SUB TOTAL | 167.09 |
| | PREPAID RETAINER | 0.00 |
| | AMOUNT DUE | 167.09 |

003
WALLIS COSTS
O F F I C I A L   P R O C E S S   S E R V E R   T O
U. S.  D E P T.  O F  J U S T I C E  A N D  U. S.  S T A T E  D E P T.

Page 1 of 1
OR_PERLGR14



**RECEIVED**

JUN 18 2013

*Tax IT on-File*

Yaeger, Jungbauer & Barczak

# PROCESS SERVICE INVOICE

Bill To:

**Yaeger, Jungbauer & Barczak**
**2550 University Ave W.  Suite 345N**
**St. Paul, MN   55114**

Account #: 103138
Attention:  JULIE GRINDE   800 435-7888

INVOICE #:  **7894612**

DATE:       Jun 6 2013
BILL REF:

**AMOUNT DUE : $190.71**

CASE NAME:            JEANETTE WALLIS   vs. BNSF RAILWAY COMPANY
SERVEE:                  SUSAN DUFF
PERSON SERVED:    SUSAN DUFF  A blonde-haired white female approx. 35-45 years of age, 5'4"-5'8" tall and weighing 120-160 lbs.
SERVICE DATE:       Jun  5 2013  7:43PM    SERVED BY: J. Trinnes
SERVICE ADDRESS:   16321 95TH AVENUE CT E  PUYALLUP, WASHINGTON 98375
DOCUMENTS SERVED:   SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION; NOTICE OF VIDEOTAPED DEPOSITION UPON ORAL EXAMINATION
                     OF SUSAN DUFF WITNESS FEE CHECK

SERVICE HISTORY
06/05/2013    Local Service Event: Served      06/05/13 19:43 (SVD PRI)
06/04/2013    Work Order Received and Entered

SERVICE NOTE                                                   BAD ADDRESS LIST

| SERVICE  PERFORMED | NOTE | RATE |
|---|---|---|
| SERVICE OF PROCESS | | 79.50 |
| Fee Advance (> $30.00) | ck# 713725 | 111.21 |
| | SUB TOTAL | 190.71 |
| | PREPAID RETAINER | 0.00 |
| | AMOUNT DUE | 190.71 |

004
OFFICIAL PROCESS SERVER TO
U. S.  DEPT.  OF  JUSTICE  AND  U. S.  STATE  DEPT.

Page 1 of 1
OR_PERLGR14

|  | Hours | Amount |
|---|---|---|
| For Professional Services Rendered | 6.05 | ████████ |

Additional Charges:

| 1/31/2014 | - | David Beech, witness fee | 122.81 |
|---|---|---|---|
|  | - | Dennis Kautzmann, witness fee | 107.14 |
|  | - | Todd Kester, witness fee | 46.09 |
|  | - | Sue Duff, witness fee | 87.74 |
|  | - | Photocopying Charges | 9.75 |

**REDACTED**

| Total Costs | $373.53 |
|---|---|

Total Amount of this Bill

Balance Due

REDACTED

Additional Charges:

|  | | Amount |
|---|---|---|
| 2/6/2014 - | Todd Kester -- additional mileage | 39.03 |
| - | Delivery of suitcase from Marriott Waterfront to our office | 10.00 |
| - | ABC Legal Services -- service of subpoena upon David Beech | 79.50 |
| - | ABC Legal Services -- service of subpoena upon Sue Duff | 79.50 |
| - | ABC Legal Services -- service of subpoena upon Dennis Kautzmann | 69.50 |
| 2/14/2014 - | ABC Legal Services -- service of subpoena upon Todd Kester | 94.50 |
| 2/27/2014 - | Color Photocopies | 13.50 |
| 2/28/2014 - | Photocopying Charges | 4.40 |
| - | Transportation to court regarding jury question | 10.00 |

Total Costs $399.93
Interest on Overdue Balance

Total Amount of this Bill

Previous Balance

Balance Due



## MERRILL CORPORATION
**LegaLink, Inc.**

920 Second Ave South
Suite 110
Minneapolis, MN 55402
Phone: 612.338.1181

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 14146293 | 08/23/2012 | 1435-201882 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 07/23/2012 | TELEGR | 2011FRS00037 |

**RECEIVED**
SEP 04 2012
Yaeger, Jungbauer & Barczak

| CASE CAPTION |
|---|
| Jeannette Wallis vs. BNSF |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

William G. Jungbauer
Yaeger Jungbauer and Barczak PLC
2550 University Avenue W
Suite 345N
St. Paul, MN 55114

VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
    Anthony Boldra

|  |  |  |  |
|---|---|---|---|
| First Two Hours Minimum |  |  | 295.00 |
| Additional Deposition Hr | 4.00 Hours @ | 90.00/Hour | 360.00 |
| Tape Original mini DV | 4.00 @ | 12.50 | 50.00 |
| Video MPEG 1 on DVD | 4.00 Hours @ | 40.00/Hour | 160.00 |

**TOTAL   DUE   >>>>**   865.00

Deposition Location: Overland Park, KS

Thank You.  We Appreciate Your Business.

TAX ID NO.: 20-2665382                    (651) 288-9500    Fax (651) 288-0227

*Please detach bottom portion and return with payment.*

William G. Jungbauer
Yaeger Jungbauer and Barczak PLC
2550 University Avenue W
Suite 345N
St. Paul, MN 55114

Invoice No.: 14146293
Date     : 08/23/2012
**TOTAL DUE** :    865.00

Job No.  : 1435-201882
Case No. : 2011FRS00037
Jeannette Wallis vs. BNSF

Remit To:    LegaLink, Inc.
             PO Box 90473
             Chicago, IL 60696-0473

WALLIS COSTS

# MERRILL CORPORATION

**LegaLink, Inc.**

920 Second Ave South
Suite 110
Minneapolis, MN 55402
Phone: 612.338.1181

# I N V O I C E

*WLTJ 13699 AM*

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 14146166 | 08/20/2012 | 1434-201879 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 07/23/2012 | SUDDJA | 2011FRS00037 |

**RECEIVED**

AUG 27 2012

Yaeger, Jungbauer & Barczak

William G. Jungbauer
Yaeger Jungbauer and Barczak PLC
2550 University Avenue W
Suite 345N
St. Paul, MN 55114

| CASE CAPTION |
|---|
| Jeannette Wallis vs. BNSF |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

```
ORIGINAL + 1 COPY OF TRANSCRIPT AND WORD INDEX OF:
   Anthony Boldra                    196 Pages @       3.60/Page       705.60
             Unedited ASCII (RT)    170.00 Pages @     1.20/Page       204.00
             Exhibits - Scan Only    68.00       @       .15            10.20
             Production and Handling                                    20.00
             Delivery                                                   15.00


                                    TOTAL   DUE   >>>>               954.80
```

Thank You.  We Appreciate Your Business.

Deposition Location:  Overland, KS

TAX ID NO.: 20-2665382

(651) 288-9500    Fax (651) 288-0227

*Please detach bottom portion and return with payment.*

William G. Jungbauer
Yaeger Jungbauer and Barczak PLC
2550 University Avenue W
Suite 345N
St. Paul, MN 55114

```
Invoice No.: 14146166
Date       : 08/20/2012
TOTAL DUE  :    954.80


Job No.   : 1434-201879
Case No.  : 2011FRS00037
Jeannette Wallis vs. BNSF
```

Remit To:    LegaLink, Inc.
             PO Box 90473
             Chicago, IL 60696-0473

008
WALLIS COSTS

# MERRILL CORPORATION

**LegaLink, Inc.**

920 Second Ave South
Suite 110
Minneapolis, MN 55402
Phone: 612.338.1181

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 14145051 | 08/13/2012 | 1435-201885 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 07/23/2012 | AFFIDE | |

| CASE CAPTION |
|---|
| Jeannette Wallis vs. BNSF |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

William G. Jungbauer
Yaeger Jungbauer and Barczak PLC
2550 University Avenue W
Suite 345N
St. Paul, MN 55114

*2010-3414*

---

VIDEOCONFERENCE IN RE:
   Anthony Boldra
        Video Conferencing     5.00 Hours @    200.00/Hour    1,000.00

                         **TOTAL DUE >>>>**    1,000.00

Thank You. We Appreciate Your Business.

Location: Overland Park, KS

## RECEIVED

AUG 2 0 2012

Yaeger, Jungbauer & Barczak

---

TAX ID NO.: 20-2665382            (651) 288-9500   Fax (651) 288-0227

*Please detach bottom portion and return with payment.*

William G. Jungbauer
Yaeger Jungbauer and Barczak PLC
2550 University Avenue W
Suite 345N
St. Paul, MN 55114

Invoice No.: 14145051
Date    : 08/13/2012
**TOTAL DUE** :  **1,000.00**

Job No.   : 1435-201885
Case No.  :
Jeannette Wallis vs. BNSF

Remit To:   **LegaLink, Inc.**
           PO Box 90473
           Chicago, IL 60696-0473

# MERRILL CORPORATION

**LegaLink, Inc.**

920 Second Ave South
Suite 110
Minneapolis, MN 55402
Phone: 612.338.1181

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 14147170 | 09/11/2012 | 1438-201931 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 07/24/2012 | LDA | 2011FRS00037 |

William G. Jungbauer
Yaeger Jungbauer and Barczak PLC
2550 University Avenue W
Suite 345N
St. Paul, MN 55114

**CASE CAPTION**

Jeannette Wallis vs. BNSF

**TERMS**

Immediate, sold FOB Merrill facility

---

ORIGINAL + 1 COPY OF TRANSCRIPT AND WORD INDEX OF:
Dan Ferguson           108 Pages @     4.45/Page     480.60
     Exhibits - Scan Only    8.00      @     .15         1.20
     Production and Handling                       20.00
     Delivery                                          15.00

**TOTAL DUE >>>>**     516.80

Thank You.  We Appreciate Your Business.

Deposition Location:  Fort Worth, TX

---

TAX ID NO.: 20-2665382                    (651) 288-9500     Fax (651) 288-0227

*Please detach bottom portion and return with payment.*

William G. Jungbauer
Yaeger Jungbauer and Barczak PLC
2550 University Avenue W
Suite 345N
St. Paul, MN 55114

Invoice No.:  14147170
Date      :  09/11/2012
**TOTAL DUE :**     **516.80**

Job No.    :  1438-201931
Case No.   :  2011FRS00037
Jeannette Wallis vs. BNSF

Remit To:    LegaLink, Inc.
           PO Box 90473
           Chicago, IL 60696-0473

010
WALLIS COSTS

# MERRILL CORPORATION

**LegaLink, Inc.**

920 Second Ave South
Suite 110
Minneapolis, MN 55402
Phone: 612.338.1181

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 14146638 | 08/29/2012 | 1439-201932 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 07/24/2012 | LDA | 2011FRS00037 |

**RECEIVED**
SEP 04 2012

William G. Jungbauer
Yaeger Jungbauer and Barczak PLC
2550 University Avenue W
Suite 345N
St. Paul, MN 55114

| CASE CAPTION |
|---|
| Jeannette Wallis vs. BNSF |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
  Dan Ferguson

|  |  |  |  |
|---|---|---|---|
| First Two Hours Minimum |  |  | 295.00 |
| Additional Deposition Hr | 2.00 Hours @ | 90.00/Hour | 180.00 |
| Tape Stock - Digital |  |  | 25.00 |
| Video MPEG 1 on DVD | 2.00 Hours @ | 40.00/Hour | 80.00 |

**TOTAL  DUE  >>>>**        580.00

Thank You.  We Appreciate Your Business.

Deposition Location:  Fort Worth, TX

TAX ID NO. : 20-2665382                    (651) 288-9500    Fax (651) 288-0227

*Please detach bottom portion and return with payment.*

William G. Jungbauer
Yaeger Jungbauer and Barczak PLC
2550 University Avenue W
Suite 345N
St. Paul, MN 55114

Invoice No.:  14146638
Date       :  08/29/2012
**TOTAL DUE :**    580.00

Job No.   :  1439-201932
Case No.  :  2011FRS00037
Jeannette Wallis vs. BNSF

Remit To:    **LegaLink, Inc.**
             PO Box 90473
             Chicago, IL 60696-0473

011
WALLIS COSTS

# MERRILL CORPORATION

**LegaLink, Inc.**

920 Second Ave South
Suite 110
Minneapolis, MN 55402
Phone: 612.338.1181

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 14145103 | 08/13/2012 | 1435-201934 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 07/24/2012 | AFFIDE | |

| CASE CAPTION |
|---|
| Jeannette Wallis vs. BNSF |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

William G. Jungbauer
Yaeger Jungbauer and Barczak PLC
2550 University Avenue W
Suite 345N
St. Paul, MN 55114

```
VIDEOCONFERENCE IN RE:
   Dan Ferguson
          Video Conferencing          4.00 Hours @    200.00/Hour          800.00

                                       TOTAL   DUE  >>>>              800.00
```

Thank You.  We Appreciate Your Business.

Location:  Fort Worth, TX

**RECEIVED**

AUG 4 0 2012

Yaeger, Jungbauer & Barczak

TAX ID NO.: 20-2665382                      (651) 288-9500    Fax (651) 288-0227

*Please detach bottom portion and return with payment.*

William G. Jungbauer
Yaeger Jungbauer and Barczak PLC
2550 University Avenue W
Suite 345N
St. Paul, MN 55114

Invoice No.:  14145103
Date        :  08/13/2012
**TOTAL DUE :**      800.00

Job No.   :  1435-201934
Case No.  :
Jeannette Wallis vs. BNSF

Remit To:   **LegaLink, Inc.**
PO Box 90473
Chicago, IL 60696-0473

012
WALLIS COSTS

# MERRILL CORPORATION

**LegaLink, Inc.**

920 Second Ave South
Suite 110
Minneapolis, MN 55402
Phone: 612.338.1181

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 14144968 | 08/13/2012 | 1435-201938 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 07/25/2012 | AFFIDE | |

William G. Jungbauer
Yaeger Jungbauer and Barczak PLC
2550 University Avenue W
Suite 345N
St. Paul, MN 55114

| CASE CAPTION |
|---|
| Jeannette Wallis vs. BNSF |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

VIDEOCONFERENCE IN RE:
   Dan Ferguson
          Video Conferencing          2.50 Hours @     200.00/Hour     500.00

                                         TOTAL   DUE  >>>>           500.00

Thank You.  We Appreciate Your Business.

Location: Fort Worth, TX
Late cancellation - 50% charges apply.  Five hours were scheduled.

**RECEIVED**

AUG 2 0 2012

Yaeger, Jungbauer & Barczak

TAX ID NO. :  20-2665382                                (651) 288-9500    Fax (651) 288-0227

*Please detach bottom portion and return with payment.*

William G. Jungbauer
Yaeger Jungbauer and Barczak PLC
2550 University Avenue W
Suite 345N
St. Paul, MN 55114

Invoice No.:  14144968
Date      :  08/13/2012
**TOTAL DUE** :      500.00


Job No.   :  1435-201938
Case No.  :
Jeannette Wallis vs. BNSF

Remit To:    LegaLink, Inc.
             PO Box 90473
             Chicago, IL 60696-0473

013
WALLIS COSTS

# MERRILL CORPORATION

**LegaLink, Inc.**

920 Second Ave South
Suite 110
Minneapolis, MN 55402
Phone: 612.338.1181

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 14145935 | 08/13/2012 | 1435-201942 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 07/27/2012 | AFFIDE | |

| CASE CAPTION |
|---|
| Jeannette Wallis vs. BNSF |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

William G. Jungbauer
Yaeger Jungbauer and Barczak PLC
2550 University Avenue W
Suite 345N
St. Paul, MN 55114

```
VIDEOCONFERENCE IN RE:
     Andrea Smith
          Video Conferencing          7.00 Hours @    200.00/Hour    1,400.00

                              TOTAL  DUE  >>>>        1,400.00
```

Thank You.  We Appreciate Your Business.

Location:  Fort Worth, TX

Videoconference ran over 2 hours.

**RECEIVED**

AUG 2 0 2012

Yaeger, Jungbauer & Barczak

TAX ID NO.: 20-2665382          (651) 288-9500    Fax (651) 288-0227

*Please detach bottom portion and return with payment.*

William G. Jungbauer
Yaeger Jungbauer and Barczak PLC
2550 University Avenue W
Suite 345N
St. Paul, MN 55114

```
Invoice No.:  14145935
Date      :  08/13/2012
TOTAL DUE :    1,400.00


Job No.   :  1435-201942
Case No.  :
Jeannette Wallis vs. BNSF
```

Remit To:    LegaLink, Inc.
             PO Box 90473
             Chicago, IL 60696-0473

014
WALLIS COSTS

# MERRILL CORPORATION

**LegaLink, Inc.**

920 Second Ave South
Suite 110
Minneapolis, MN 55402
Phone: 612.338.1181

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 14146641 | 08/29/2012 | 1439-201986 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 07/27/2012 | LDA | 2011FRS00037 |

**RECEIVED**

SEP 04 2012

Yaeger, Jungbauer & Barczak

_35-C_

William G. Jungbauer
Yaeger Jungbauer and Barczak PLC
2550 University Avenue W
Suite 345N
St. Paul, MN 55114

_Zolo 3lety_ **CASE CAPTION**

Jeannette Wallis vs. BNSF

**TERMS**

Immediate, sold FOB Merrill facility

---

VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
Andrea Smith

| | | | |
|---|---|---|---|
| First Two Hours Minimum | | | 295.00 |
| Additional Deposition Hr | 5.50 Hours @ | 90.00/Hour | 495.00 |
| Tape Stock - Digital | 3.00 @ | 25.00 | 75.00 |
| Video MPEG 1 on DVD | 5.00 Hours @ | 40.00/Hour | 200.00 |

**TOTAL DUE >>>>** 1,065.00

Thank You. We Appreciate Your Business.

Deposition Location: Fort Worth, TX

---

TAX ID NO.: 20-2665382

(651) 288-9500   Fax (651) 288-0227

_Please detach bottom portion and return with payment._

William G. Jungbauer
Yaeger Jungbauer and Barczak PLC
2550 University Avenue W
Suite 345N
St. Paul, MN 55114

Invoice No.: 14146641
Date      : 08/29/2012
**TOTAL DUE :**   **1,065.00**

Job No.  : 1439-201986
Case No. : 2011FRS00037
Jeannette Wallis vs. BNSF

Remit To:   LegaLink, Inc.
PO Box 90473
Chicago, IL 60696-0473

015
WALLIS COSTS

# MERRILL CORPORATION

**LegaLink, Inc.**

920 Second Ave South
Suite 110
Minneapolis, MN 55402
Phone: 612.338.1181

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 14146064 | 08/23/2012 | 1438-201940 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 07/27/2012 | LDA | 2011FRS00037 |

| CASE CAPTION |
|---|
| Jeannette Wallis vs. BNSF |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

**RECEIVED**
SEP 04 2012
Yaeger, Jungbauer & Barczak

William G. Jungbauer
Yaeger Jungbauer and Barczak PLC
2550 University Avenue W
Suite 345N
St. Paul, MN 55114

```
ORIGINAL + 1 COPY OF TRANSCRIPT AND WORD INDEX OF:
  Andrea Smith                         205 Pages @    4.20/Page      861.00
         Exhibits - Scan Only        83.00      @      .15            12.45
         Production and Handling                                     20.00
         Delivery                                                    15.00

                                    TOTAL   DUE  >>>>            908.45
```

Deposition Location: Fort Worth, TX

Thank You. We Appreciate Your Business.

TAX ID NO.: 20-2665382                         (651) 288-9500    Fax (651) 288-0227

*Please detach bottom portion and return with payment.*

William G. Jungbauer
Yaeger Jungbauer and Barczak PLC
2550 University Avenue W
Suite 345N
St. Paul, MN 55114

Invoice No.: 14146064
Date     : 08/23/2012
**TOTAL DUE** :    908.45

Job No.  : 1438-201940
Case No. : 2011FRS00037
Jeannette Wallis vs. BNSF

Remit To:   LegaLink, Inc.
            PO Box 90473
            Chicago, IL 60696-0473

016
WALLIS COSTS

# INVOICE

*WED* 13499 *[handwritten]*

Starkovich Reporting Services
P.O. Box 22884
Seattle, WA 98122
Phone:206.323.0919   Fax:206.328.0632

RECEIVED

SEP 28 2012

Yaeger, Jungbauer & Barczak *[stamp]*

William G. Jungbauer
Yaeger, Jungbauer & Barczak, PLC
2550 University Avenue West, Suite 345N
Saint Paul, MN  55114

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 9444 | 9/17/2012 | 4906 |
| **Job Date** | **Case No.** | |
| 9/6/2012 | CV8-1711-JLR | |
| **Case Name** | | |
| Wallis v BNSF Railway Company | | |
| **Payment Terms** | | |
| Due upon receipt | | |

---

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | |
|---|---|
| Evelyn Saenz | 90.90 |
| First Hour | 100.00 |
| E-Transcript | |
| Mail | 6.30 |

**TOTAL DUE  >>>**   $197.20

Thank you for your business.  Please remit payment with invoice number noted above.

017
WALLIS COSTS

Tax ID: 26-2045769

# INVOICE

*uus*
*13499*

Starkovich Reporting Services
P.O. Box 22884
Seattle, WA  98122
Phone:206.323.0919   Fax:206.328.0632

RECEIVED

OCT 02 2012

Yaeger, Jungbauer & Barczak

*35-C*

William G. Jungbauer
Yaeger, Jungbauer & Barczak, PLC
2550 University Avenue West, Suite 345N
Saint Paul, MN  55114

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 9509 | 9/26/2012 | 4964 |

| Job Date | Case No. | |
|---|---|---|
| 9/24/2012 | CV8-1711-JLR | |

| Case Name | | |
|---|---|---|
| Wallis v BNSF Railway Company | | |

*2010-3614*

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

| | | |
|---|---|---|
| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: | | 524.10 |
|    Chris Young | | |
|       Exhibit | 16.00  Pages | 5.60 |
|       First Hour | | 100.00 |
|       E-Transcript | | |
| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: | | 352.10 |
|    Maureen Batterberry | | |
|       Additional Hours | 0.75 | 48.75 |
|       E-Transcript | | |

**TOTAL DUE >>>**                              **$1,030.55**

Thank you for your business.  Please remit payment with invoice number noted above.

018
WALLIS COSTS

Tax ID: 26-2045769

# Veritext Corporate Services, Inc.

25B Vreeland Road, Suite 301
Florham Park, NJ 07932
Tel. 973-410-4040   Fax. 973-410-1313

**RECEIVED**

OCT 30 2012

Yaeger. Jungbauer & Barczak

| | |
|---|---|
| **Invoice #:** | CS1582009 |
| **Invoice Date:** | 10/09/2012 |
| **Balance Due:** | $1,268.85 |

Bill To:  William Jungbauer, Esq.
Yaeger Jungbauer & Barczak PLC
2550 University Avenue W
Suite 345N
St. Paul, MINNESOTA 55114

---

**Case:**   Wallis, Jeanette v. BNSF Railway Company

**Job #:**   1338767   |   Job Date: 09/24/2012   |   Delivery:   Normal

**Location:**   Ryan Swanson & Cleveland
1201 Third Avenue | Suite 3400 | Seattle, WA 98101

---

| Item | Witness | Description | Amount |
|---|---|---|---|
| | Jeanette M. Wallis  2010·3014 | Certified Transcript | $1,268.85 |

| Notes: | | |
|---|---|---|
| | **Invoice Total** | $1,268.85 |
| | **Payment:** | |
| | **Credit:** | |
| Fed. Tax ID: 20-3457913     Term: Net 30 | **Interest:** | $0.00 |
| | **Balance Due:** | $1,268.85 |

Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

---

Make check payable to   **Veritext**

☐ Visa  ☐ MC  ☐ Amex  ☐ Discover  ☐ Lock Box

Credit Card # _____   Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

| | |
|---|---|
| **Invoice #:** | CS1582009 |
| **Job #:** | 1338767 |
| **Invoice Date:** | 10/09/2012 |
| **Balance :** | $1,268.85 |

Please remit payment to
P.O. Box 71303
Chicago, IL 60694-1303

For more information on charges related to your services please consult  www.veritext.com/service.info

019

WALLIS_COSTS

# INVOICE

Starkovich Reporting Services
P.O. Box 22884
Seattle, WA 98122
Phone:206.323.0919  Fax:206.328.0632

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 10842 | 6/26/2013 | 5819 |

| Job Date | Case No. | |
|---|---|---|
| 6/6/2013 | NO: 2: 13-CV-00040-TSZ | |

| Case Name | | |
|---|---|---|
| Wallis v. BNSF Railway Company | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

**RECEIVED**

JUL 01 2013

William G. Jungbauer
Yaeger, Jungbauer & Barczak, PLC
2550 University Avenue West, Suite 345N
Saint Paul, MN  55114

| | | | |
|---|---|---|---|
| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | |
| Todd Kester | | | 572.50 |
| Exhibit | 19.00 | Pages | 6.65 |
| First Hour | | | 100.00 |
| Additional Hours | 2.50 | | 162.50 |
| E-Transcript | | | |
| Mail | | | 12.35 |
| Video | | | 684.00 |
| Condensed Transcript | | | 20.00 |
| Mail | | | 5.60 |
| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | |
| Susan Duff | | | 379.00 |
| Exhibit | 5.00 | Pages | 1.75 |
| First Hour | | | 100.00 |
| Additional Hours | 1.75 | | 113.75 |
| E-Transcript | | | |
| Mail | | | 10.00 |
| Video | | | 633.00 |
| Condensed Transcript | | | 20.00 |

**Tax ID:** 26-2045769

*Please detach bottom portion and return with payment.*

William G. Jungbauer
Yaeger, Jungbauer & Barczak, PLC
2550 University Avenue West, Suite 345N
Saint Paul, MN  55114

| | | |
|---|---|---|
| Invoice No. | : | 10842 |
| Invoice Date | : | 6/26/2013 |
| Total Due | : | $2,826.70 |

| | | | |
|---|---|---|---|
| Remit To: | **Starkovich Reporting Services** | Job No. | : 5819 |
| | **P.O. Box 22884** | BU ID | : 1-MAIN |
| | **Seattle, WA  98122** | Case No. | : NO: 2: 13-CV-00040-TSZ |
| | | Case Name | : Wallis v. BNSF Railway Company |



# INVOICE

Starkovich Reporting Services
P.O. Box 22884
Seattle, WA  98122
Phone:206.323.0919   Fax:206.328.0632

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 10842 | 6/26/2013 | 5819 |

| Job Date | Case No. | |
|---|---|---|
| 6/6/2013 | NO: 2: 13-CV-00040-TSZ | |

| Case Name | | |
|---|---|---|
| Wallis v. BNSF Railway Company | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

William G. Jungbauer
Yaeger, Jungbauer & Barczak, PLC
2550 University Avenue West, Suite 345N
Saint Paul, MN  55114

| Mail | 5.60 |
|---|---|
| | **TOTAL DUE  >>>**          **$2,826.70** |

Thank you for your business.  Please remit payment with invoice number noted above.

**Tax ID:** 26-2045769

*Please detach bottom portion and return with payment.*

William G. Jungbauer
Yaeger, Jungbauer & Barczak, PLC
2550 University Avenue West, Suite 345N
Saint Paul, MN  55114

| | | |
|---|---|---|
| Invoice No. | : | 10842 |
| Invoice Date | : | 6/26/2013 |
| **Total Due** | : | **$2,826.70** |

| | | |
|---|---|---|
| Remit To: | **Starkovich Reporting Services** | |
| | **P.O. Box 22884** | |
| | **Seattle, WA  98122** | |

| | | |
|---|---|---|
| Job No. | : | 5819 |
| BU ID | : | 1-MAIN |
| Case No. | : | NO: 2: 13-CV-00040-TSZ |
| Case Name | : | Wallis v. BNSF Railway Company |

## MERRILL CORPORATION
LegaLink, Inc.

920 Second Ave South
Suite 110
Minneapolis, MN 55402
Phone: 612.338.1181

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 14163960 | 09/25/2013 | 1438-215198 |

**RECEIVED**

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 09/06/2013 | LDA | 2011FRS00037 |

OCT 07 2013

William G. Jungbauer
Yaeger Jungbauer and Barczak PLC
2550 University Avenue W
Suite 345N
St. Paul, MN 55114

Yaeger, Jungbauer & Barczak

CASE CAPTION

Jeannette Wallis vs. BNSF

**TERMS**

Immediate, sold FOB Merrill facility

ORIGINAL + 1 COPY OF TRANSCRIPT AND WORD INDEX OF:

| | | | | |
|---|---|---|---|---|
| Jeffrey Beck - 3 Day Expedited | 147 | Pages @ | 6.45/Page | 948.15 |
| Unedited ASCII (RT) | 126.00 | Pages @ | 1.20/Page | 151.20 |
| Exhibits - Scan Only | 41.00 | @ | .15 | 6.15 |
| Obtaining Wit Signature | | | | 25.00 |
| Production and Handling | | | | 15.00 |
| Delivery | | | | 15.00 |

**TOTAL DUE >>>>  1,160.50**

Location: Fort Worth, TX
Thank you.  Your business is appreciated.

For your convenience we accept Visa, MasterCard and American Express.
1-866-550-1934 (Monday - Thursday 6am - 6pm, Friday 6am - 4pm, CST)

TAX ID NO.: 20-2665382                    (651) 288-9500   Fax (651) 288-0227

*Please detach bottom portion and return with payment.*

William G. Jungbauer
Yaeger Jungbauer and Barczak PLC
2550 University Avenue W
Suite 345N
St. Paul, MN 55114

| | | |
|---|---|---|
| Invoice No. | : | 14163960 |
| Date | : | 09/25/2013 |
| **TOTAL DUE** | : | 1,160.50 |

| | | |
|---|---|---|
| Job No. | : | 1438-215198 |
| Case No. | : | 2011FRS00037 |

Jeannette Wallis vs. BNSF

Remit To:    **LegaLink, Inc.**
             **PO Box 90473**
             **Chicago, IL 60696-0473**

022
WALLIS COSTS

## MERRILL CORPORATION
**LegaLink, Inc.**

920 Second Ave South
Suite 110
Minneapolis, MN 55402
Phone: 612.338.1181

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 14164493 | 09/25/2013 | 1439-215199 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 09/06/2013 | LDA | 2011FRS00037 |

RECEIVED

OCT 07 2013

Yaeger, Jungbauer & Barczak

William G. Jungbauer
Yaeger Jungbauer and Barczak PLC
2550 University Avenue W
Suite 345N
St. Paul, MN 55114

**CASE CAPTION**

Jeannette Wallis vs. BNSF

**TERMS**

Immediate, sold FOB Merrill facility

VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
  Jeffrey Beck

| | | | |
|---|---|---|---|
| First Two Hours Minimum | | | 295.00 |
| Additional Deposition Hr | 3.00 Hours @ | 90.00/Hour | 270.00 |
| Tape Stock - Digital | 2.00 @ | 25.00 | 50.00 |
| Legalink Viewer | 3.50 Hours @ | 55.00/Hour | 192.50 |
| Shipping & Handling | | | 15.00 |

**TOTAL   DUE   >>>>**          822.50

Thank you.  Your business is appreciated.

For your convenience we accept Visa, MasterCard and American Express.
1-866-550-1934 (Monday - Thursday 6am - 6pm, Friday 6am - 4pm, CST)

**TAX ID NO.:** 20-2665382                    (651) 288-9500   Fax (651) 288-0227

*Please detach bottom portion and return with payment.*

William G. Jungbauer
Yaeger Jungbauer and Barczak PLC
2550 University Avenue W
Suite 345N
St. Paul, MN 55114

| | | |
|---|---|---|
| Invoice No.: | 14164493 |
| Date | : | 09/25/2013 |
| **TOTAL DUE** | : | 822.50 |

| | | |
|---|---|---|
| Job No. | : | 1439-215199 |
| Case No. | : | 2011FRS00037 |
| | | Jeannette Wallis vs. BNSF |

Remit To:   **LegaLink, Inc.**
                **PO Box 90473**
                **Chicago, IL 60696-0473**

023
WALLIS COSTS

# MERRILL CORPORATION

**LegaLink, Inc.**

920 Second Ave South
Suite 110
Minneapolis, MN 55402
Phone: 612.338.1181

RECEIVED

OCT 29 2013

# INVOICE

*WGJ*
*13/09*
*JW*

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 14165275 | 10/21/2013 | 1435-215200 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 09/06/2013 | GLOWIN | 2011FRS00037 |

William G. Jungbauer
Yaeger Jungbauer and Barczak PLC
2550 University Avenue W
Suite 345N
St. Paul, MN 55114

*Yaeger, Jungbauer & Barczak*

CASE CAPTION

*2010-31614*
Jeannette Wallis vs. BNSF

TERMS

Immediate, sold FOB Merrill facility

VIDEOCONFERENCE IN RE:
  Jeffrey Beck
      Video Conferencing          5.00 Hours @      250.00/Hour       1,250.00
      Document Copy Services                                               91.75

                                        TOTAL   DUE   >>>>          ( 1,341.75 )

Thank you.  Your business is appreciated.

For your convenience we accept Visa, MasterCard and American Express.
1-866-550-1934 (Monday - Thursday 6am - 6pm, Friday 6am - 4pm, CST)

TAX ID NO.: 20-2665382                              (651) 288-9500   Fax (651) 288-0227

*Please detach bottom portion and return with payment.*

William G. Jungbauer
Yaeger Jungbauer and Barczak PLC
2550 University Avenue W
Suite 345N
St. Paul, MN 55114

Invoice No.:  14165275
Date       :  10/21/2013
**TOTAL  DUE  :   1,341.75**

Job No.   :  1435-215200
Case No.  :  2011FRS00037
Jeannette Wallis vs. BNSF

Remit To:   **LegaLink, Inc.**
            PO Box 90473
            Chicago, IL 60696-0473

024
WALLIS COSTS

Merrill Corporation LegaLink, Inc. - Minneapolis/St. Paul
One Merrill Cirlce
St. Paul, MN 55108
(877) 489-0367   Fax ()

# INVOICE

**RECEIVED**

NOV 2 2 2013

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 14164793 | 10/08/2013 | 1434-215351 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 09/16/2013 | BRANCT | 2011FRS00037 |

Justin N. Brunner
Yaeger Jungbauer and Barczak PLC
2550 University Avenue W
Suite 345N
St. Paul, MN 55114

Yaeger, Jungbauer & Barczak

| CASE CAPTION |
|---|
| Jeannette Wallis vs. BNSF |
| **TERMS** |
| Immediate, sold FOB Merrill facility |

ORIGINAL + 1 COPY OF TRANSCRIPT AND WORD INDEX OF:
    Debbie Uckno

                                    10.00        @        .15

                                                              511.70
                                                                1.50

                              TOTAL   DUE   >>>>              513.20

Location: Shelton, CT
Thank you.  Your business is appreciated.

For your convenience we accept Visa, MasterCard and American Express.
1-866-550-1934 (Monday - Thursday 6am - 6pm, Friday 6am - 4pm, CST)

TAX ID NO.:  20-2665382                        (651) 288-9500    Fax (651) 288-0227

*Please detach bottom portion and return with payment.*

Justin N. Brunner
Yaeger Jungbauer and Barczak PLC
2550 University Avenue W
Suite 345N
St. Paul, MN 55114

Invoice No.:  14164793
Date        :  10/08/2013
**TOTAL DUE** :      513.20

Job No.    :  1434-215351
Case No.   :  2011FRS00037
Jeannette Wallis vs. BNSF

Remit To:    **LegaLink, Inc.**
             PO Box 90473
             Chicago, IL 60696-0473

# MERRILL CORPORATION

**LegaLink, Inc.**

920 Second Ave South
Suite 110
Minneapolis, MN 55402
Phone: 612.338.1181

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 14165199 | 10/10/2013 | 1435-215352 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 09/16/2013 | BRANCT | 2011FRS00037 |

*RECEIVED*

OCT 21 2013

Justin N. Brunner
Yaeger Jungbauer and Barczak PLC
2550 University Avenue W
Suite 345N
St. Paul, MN 55114

CASE CAPTION

Jeannette Wallis vs. BNSF

**TERMS**

Immediate, sold FOB Merrill facility

VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
Debbie Uckno

| | | | |
|---|---|---|---|
| First Two Hours Minimum | | | 295.00 |
| Additional Deposition Hr | | | 90.00 |
| Tape Stock - Digital | 2.00 @ | 25.00 | 50.00 |
| Legalink Viewer | 1.50 Hours @ | 55.00/Hour | 82.50 |
| Shipping & Handling | | | 15.00 |

**TOTAL DUE >>>>** 532.50

Location: Shelton, CT
Thank you. Your business is appreciated.

For your convenience we accept Visa, MasterCard and American Express.
1-866-550-1934 (Monday - Thursday 6am - 6pm, Friday 6am - 4pm, CST)

TAX ID NO. : 20-2665382          (651) 288-9500    Fax (651) 288-0227

*Please detach bottom portion and return with payment.*

Justin N. Brunner
Yaeger Jungbauer and Barczak PLC
2550 University Avenue W
Suite 345N
St. Paul, MN 55114

| | | |
|---|---|---|
| Invoice No.: | 14165199 |
| Date : | 10/10/2013 |
| **TOTAL DUE** : | 532.50 |

| | | |
|---|---|---|
| Job No. : | 1435-215352 |
| Case No. : | 2011FRS00037 |
| Jeannette Wallis vs. BNSF | |

Remit To:  **LegaLink, Inc.**
PO Box 90473
Chicago, IL 60696-0473

026
WALLIS COSTS

Merrill Corporation LegaLink, Inc. - Minneapolis/St. Paul
One Merrill Cirlce
St. Paul, MN 55108
(877) 489-0367   Fax ()

# I N V O I C E

**RECEIVED**

MAR 1 1 2014

Yaeger, Jungbauer & Barczak

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 14166265 | 11/07/2013 | 1435-215353 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 09/16/2013 | GLOWIN | 2011FRS00037 |

| CASE CAPTION |
|---|
| Jeannette Wallis vs. BNSF |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Patrick R. Gillespie
Yaeger Jungbauer and Barczak PLC
2550 University Avenue W
Suite 345N
St. Paul, MN 55114

```
VIDEOCONFERENCE IN RE:            WALLIS 2010-3614
   Debbie Uckno
       Video Conferencing       4.00 Hours @   350.00/Hour     1,400.00
                                                               _____

                             TOTAL  DUE  >>>>              1,400.00

Video Conferencing With Bridge Port $250.00 / $100.00
Thank you.  Your business is appreciated.

For your convenience we accept Visa, MasterCard and American Express.
1-866-550-1934 (Monday - Thursday 6am - 6pm, Friday 6am - 4pm, CST)
```

TAX ID NO.: 20-2665382                          (651) 288-9500    Fax (651) 288-0227

*Please detach bottom portion and return with payment.*

Patrick R. Gillespie
Yaeger Jungbauer and Barczak PLC
2550 University Avenue W
Suite 345N
St. Paul, MN 55114

```
Invoice No.:  14166265
Date      :  11/07/2013
TOTAL DUE :   1,400.00


Job No.   :  1435-215353
Case No.  :  2011FRS00037
Jeannette Wallis vs. BNSF
```

Remit To:   **LegaLink, Inc.**
           **PO Box 90473**
           **Chicago, IL 60696-0473**

**MERRILL CORPORATION**

LegaLink, Inc.
920 Second Ave South
Suite 110
Minneapolis, MN 55402
Phone: 612.338.1181

# INVOICE

*WGJ 13499*

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 14165689 | 10/22/2013 | 1439-215324 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 09/17/2013 | LBO | 2011FRS00037 |

**RECEIVED**

OCT 2 9 2013

*2010-3014*    CASE CAPTION

William G. Jungbauer
Yaeger Jungbauer and Barczak PLC
2550 University Avenue W    Yaeger, Jungbauer & Barczak
Suite 345N
St. Paul, MN 55114

Jeannette Wallis vs. BNSF

TERMS

Immediate, sold FOB Merrill facility

VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
Nancy Lessin

| | | | | |
|---|---|---|---|---|
| Set-up & First Hour | | | | 295.00 |
| Additional Deposition Hr | 6.00 | Hours @ | 95.00/Hour | 570.00 |
| Tape Stock - Digital | 4.00 | @ | 40.00 | 160.00 |
| Video MPEG 1 on DVD | 6.00 | Hours @ | 60.00/Hour | 360.00 |
| Shipping & Handling | | | | 15.00 |

**TOTAL DUE >>>>**    1,400.00

Location: Boston, MA
Thank you. Your business is appreciated.

For your convenience we accept Visa, MasterCard and American Express.
1-866-550-1934 (Monday - Thursday 6am - 6pm, Friday 6am - 4pm, CST)

TAX ID NO.: 20-2665382    (651) 288-9500   Fax (651) 288-0227

*Please detach bottom portion and return with payment.*

William G. Jungbauer
Yaeger Jungbauer and Barczak PLC
2550 University Avenue W
Suite 345N
St. Paul, MN 55114

Invoice No.: 14165689
Date    : 10/22/2013
**TOTAL DUE** :   1,400.00

Job No.   : 1439-215324
Case No.  : 2011FRS00037
Jeannette Wallis vs. BNSF

Remit To:    **LegaLink, Inc.**
**PO Box 90473**
**Chicago, IL 60696-0473**

028
WALLIS COSTS



**Veritext Corporate Services, Inc.**

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4040 Fax. 973-410-1313
Fed. Tax ID: 20-3457913

RECEIVED

OCT 2 9 2013

RECEIVED OCT 2 9 2013

| | |
|---|---|
| **Bill To:** William Jungbauer, Esq. | **Invoice #:** CS1875281 |
| Yaeger Jungbauer & Barczak | **Invoice Date:** 10/21/2013 |
| 2550 University Avenue W, Suite 345N | **Balance Due:** $3,653.59 |
| St. Paul, MN, 55114 | |

*Yaeger, Jungbauer & Barczak*

2010-3614

| | |
|---|---|
| **Case:** | Jeanette Wallis v. BNSF |
| **Job #:** | 1728706 \| Job Date: 9/17/2013 \| Delivery: Normal |
| **Billing Atty:** | William Jungbauer, Esq. |
| **Location:** | Riemer Braunstein |
| | Three Center Plaza, Ste 600 \| Boston, MA 02108 |
| **Sched Atty:** | Bryan C. Graff, Esq. \| Ryan Swanson & Cleveland, PLLC |

| Witness | Description | Amount |
|---|---|---|
| Nancy Lessin | Certified Transcript | $3,653.59 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $3,653.59 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $3,653.59 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

**To pay online, go to**
**www.Veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303

029
WALLIS COSTS

| | |
|---|---|
| **Invoice #:** | CS1875281 |
| **Job #:** | 1728706 |
| **Invoice Date:** | 10/21/2013 |
| **Balance:** | $3,653.59 |

97296

# MERRILL CORPORATION

**LegaLink, Inc.**

920 Second Ave South
Suite 110
Minneapolis, MN 55402
Phone: 612.338.1181

# INVOICE

*1069*
*136 99*

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 14165691 | 10/22/2013 | 1439-215325 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 09/19/2013 | GMCRMA | 2011FRS00037 |

## RECEIVED

OCT 2 9 2013

William G. Jungbauer
Yaeger Jungbauer and Barczak PLC
**2550 University Avenue W**  Yaeger, Jungbauer & Barczak
**Suite 345N**
**St. Paul, MN 55114**

CASE CAPTION

*2010-364*
Jeannette Wallis vs. BNSF

TERMS

Immediate, sold FOB Merrill facility

VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
George A. Gavalla

| | | | | |
|---|---|---|---|---|
| Set-up & First Hour | | | | 300.00 |
| Additional Deposition Hr | 6.00 Hours @ | 110.00/Hour | | 660.00 |
| After Hours Rate | | | | 165.00 |
| Tape Stock - Digital | 6.00 @ | 20.00 | | 120.00 |
| Video MPEG 1 on DVD | 6.50 Hours @ | 60.00/Hour | | 390.00 |

**TOTAL DUE >>>>** 1,635.00

Location: Boston, MA
Thank you. Your business is appreciated.

For your convenience we accept Visa, MasterCard and American Express.
1-866-550-1934 (Monday - Thursday 6am - 6pm, Friday 6am - 4pm, CST)

**TAX ID NO.: 20-2665382**

(651) 288-9500    Fax (651) 288-0227

*Please detach bottom portion and return with payment.*

William G. Jungbauer
Yaeger Jungbauer and Barczak PLC
2550 University Avenue W
Suite 345N
St. Paul, MN 55114

| Invoice No.: | 14165691 |
|---|---|
| Date : | 10/22/2013 |
| **TOTAL DUE :** | **1,635.00** |

| Job No. | : | 1439-215325 |
|---|---|---|
| Case No. | : | 2011FRS00037 |

Jeannette Wallis vs. BNSF

Remit To:  **LegaLink, Inc.**
**PO Box 90473**
**Chicago, IL 60696-0473**

030
WALLIS COSTS

# Veritext Corporate Services, Inc.

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4040 Fax. 973-410-1313
Fed. Tax ID: 20-3457913

# VERITEXT
## LEGAL SOLUTIONS

**RECEIVED**

OCT 24 2013

**Bill To:** William Jungbauer, Esq.
Yaeger Jungbauer & Barczak
2550 University Avenue W, Suite 345N
St. Paul, MN, 55114

| | |
|---|---|
| **Invoice #:** | CS1868891 |
| **Invoice Date:** | 10/11/2013 |
| **Balance Due:** | $2,340.11 |

Yaeger, Jungbauer & Barczak

| | |
|---|---|
| **Case:** | Jeanette Wallis v. BNSF |
| **Job #:** | 1728709 \| Job Date: 9/19/2013 \| Delivery: Normal |
| **Billing Atty:** | William Jungbauer, Esq. |
| **Location:** | G & M Court Reporters |
| | 42 Chauncy Street \| Downtown Crossing, Suite 1A \| Boston, MA 02111 |
| **Sched Atty:** | Bryan C. Graff, Esq. \| Ryan Swanson & Cleveland, PLLC |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Certified Transcript | Page | 345.00 | $3.25 | $1,121.25 |
| | Exhibits | Per Page | 687.00 | $0.53 | $364.11 |
| George Gavalia | Rough Draft | Page | 345.00 | $2.25 | $776.25 |
| | CD Depo Litigation Package | Per CD | 1.00 | $39.00 | $39.00 |
| | Shipping & Handling | Package | 1.00 | $39.50 | $39.50 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $2,340.11 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $2,340.11 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

| To pay online, go to | Please remit payment to: | | |
|---|---|---|---|
| **www.Veritext.com** | Veritext | **Invoice #:** | CS1868891 |
| Veritext accepts all major credit cards | P.O. Box 71303 | **Job #:** | 1728709 |
| (American Express, Mastercard, Visa, Discover) | Chicago IL 60694-1303 | **Invoice Date:** | 10/11/2013 |
| | | **Balance:** | $2,340.11 |

97296

031
WALLIS COSTS

# INVOICE

Merit Court Reporters LLC
307 West 7th Street
Suite 1350
Fort Worth TX 76102
Phone:800.336.4000   Fax:817.335.1203

RECEIVED

FEB 24 2014

Yaeger, Jungbauer & Barczak

William G. Jungbauer
Yaeger Jungbauer & Barczak
2550 University Avenue W
Suite 345N
Saint Paul MN 55114

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 27053 | 2/17/2014 | 18573 |
| Job Date | Case No. | |
| 2/12/2014 | 2:13-CV-00040-TSZ | |
| Case Name | | |
| Jeanette Wallis vs. BNSF Railway | | |
| Payment Terms | | |
| Due upon receipt | | |

ORIGINAL TRANSCRIPT OF:          *RE: JEANETTE WALLIS 2010:3644*

Thomas Clark Simmons                                              1,659.65

Thomas Clark Simmons (Video Service/Orignal)                      647.50

TOTAL DUE >>>          $2,307.15

Visit us at our website www.merittexas.com or email us at depos@merittexas.com. We can also be reached at
our local telephone numbers: 817-336-3042 or metro 817-654-4006.

We accept Master Card, Visa, American Express & Discover Card...call our office to make a credit card payment.

We appreciate your business.

Tax ID: 27-4330992

*Please detach bottom portion and return with payment.*

William G. Jungbauer
Yaeger Jungbauer & Barczak
2550 University Avenue W
Suite 345N
Saint Paul MN 55114

Invoice No.    : 27053
Invoice Date   : 2/17/2014
**Total Due**  : **$ 2,307.15**

Remit To:  **Merit Court Reporters LLC
307 West 7th Street
Suite 1350
Fort Worth TX 76102**

Job No.     : 18573
BU ID       : 2-LLC
Case No.    : 2:13-CV-00040-TSZ
Case Name   : Jeanette Wallis vs. BNSF Railway

032
WALLIS COSTS

# INVOICE



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 30483 | 2/19/2014 | 46599 |

| Job Date | Case No. |
|---|---|
| 2/14/2014 | NO. 2: 13-CV-O0040-TSZ |

| Case Name |
|---|
| Jeanette Wallis v. BNSF Railway Company |

| **Payment Terms** |
|---|
| Due upon receipt |

## THOMAS & THOMAS
### · EST 1977 ·
### COURT REPORTING ~ LEGAL VIDEO ~ VIDEOCONFERENCING

William G. Jungbauer
Yaeger Jungbauer & Barczak PLC
2550 University Avenue W
Suite 345N
Saint Paul, MN  55414

VIDEOTAPE ORIGINAL ONLY (Transcript and other services billed seperately):

Dane Freshour

*for Jeanette Wallis 2010 - 3614*

546.24

TOTAL DUE >>>   **$546.24**

AFTER 3/21/2014  PAY   $573.55

Thank you for your business!
EASY ... SCHEDULE ONLINE @ www.nebraskacourtreporters.com

(A 3.8% convenience fee will be assessed for all credit card payments)

Tax ID: 47-0841603                                    Phone: 800-435-7888    Fax:612-333-3619

*Please detach bottom portion and return with payment.*

William G. Jungbauer
Yaeger Jungbauer & Barczak PLC
2550 University Avenue W
Suite 345N
Saint Paul, MN  55414

| | |
|---|---|
| Invoice No. | : 30483 |
| Invoice Date | : 2/19/2014 |
| **Total Due** | : **$546.24** |
| AFTER 3/21/2014 PAY | $573.55 |

Remit To:   **Thomas & Thomas Court Reporters
(Video Division)
PHONE (402) 556-5000 | FAX (402)
556-2037
P.O. Box 8398
Omaha, NE  68108-0398**

| | |
|---|---|
| Job No. | : 46599 |
| BU ID | : 3-Video |
| Case No. | : NO. 2: 13-CV-O0040-TSZ |
| Case Name | : Jeanette Wallis v. BNSF Railway Company |

033
WALLIS COSTS

# Prolumina

2200 Sixth Avenue, Suite 425
Seattle, WA 98121

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/24/2014 | 8384 |

**Bill To**

Atten: Brad Crosta
Crosta & Bateman
999 Third Ave, Suite 2525
Seattle, WA 98104

| Case |
|------|
| Wallis v. BNSF   *2010- 3414* |

| Terms | Due Date |
|-------|----------|
| Due on receipt | 2/24/2014 |

| Date | Description | Quantity | Rate | Amount |
|------|-------------|----------|------|--------|
| 2/21/2014 | Sync deposition of Dane Freshour | 3 | 60.00 | 180.00 |
| 2/21/2014 | Consultant: Richard Scott<br>Description: Rush designation edits for the deposition of Dane Freshour. Create and send designation report, make changes to clips, final export 3.5of designations. | 3.5 | 292.50 | 1,023.75 |
| | Disk Copy | 1 | 15.00 | 15.00T |

Thank you for your business! Please pay within 21 days. If paid within 10 days please deduct 2% from the invoice total. Interest charged at 1.5% after 30 days.

E-mail: accounting@prolumina.net

NOTE: As of October 1, 2013 our new Tax ID#: 46-3726409

| | |
|---|---|
| **Subtotal** | $1,218.75 |
| **Sales Tax (9.5%)** | $1.43 |
| **Payments/Credits** | -$0.00 |
| **Balance Due** | $1,220.18 |

Por Wallis 2010-Suit

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
# FOR THE WAWD

INVOICE NO: 00000627

## ─MAKE CHECKS PAYABLE TO:─

William G. Jungbauer

Phone:

Barry L. Fanning, RMR CRR CCP
United States Court Reporter
US District Court
700 Stewart St.
Seattle, WA 98101

Phone:

Tax ID: 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
barry_fanning@wawd.uscourts.gov

| ☐ CRIMINAL ☒ CIVIL | DATE ORDERED: 02-18-2014 | DATE DELIVERED: 02-18-2014 |
|---|---|---|

**Case Style:** CV13-40Z, Wallis v BNSF
Daily rough drafts 1-18 thru 1-27-14. (Estimated.)

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | 1500 | 2.10 | 3,150.00 | | | | | | | 3,150.00 |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 3,150.00 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| Date Paid: Amt: | TOTAL DUE | $3,150.00 |

$3150
per
SAE

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE | DATE |
|---|---|
| | |

*(All previous editions of this form are cancelled and should be destroyed)*

Judicial Dispute Resolution, LLC

RECEIVED

JAN 10 2014

Yaeger, Jungbauer & Barczak

Tax I.D. Number: 91-1825903

William G. Jungbauer
Yaeger Jungbauer & Barczak, PLC
2550 University Ave. W., Suite 345N
St. Paul, MN 55114

Charles S. Burdell, Jr.
George Finkle
Larry Jordan
Steve Scott
Paris K. Kallas
Bruce W. Hilyer

| | | |
|---|---|---|
| Invoice Number | 6369 | 30326 |
| Invoice Date | | 01/08/2014 |

**Regarding:**
Wallis, Jeanette v. BNSF Railway Co.   *2010-3614*

**Panelist:**
Kallas, Paris

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Additional Time Spent in Mediation on January 7, 2014. | 2.00 | 450.00 | 900.00 |
| Total Billed | | | 900.00 |
| **YOUR PORTION** | | **50.00%** | **$450.00** |

*Due Upon Receipt*

| | |
|---|---|
| Payments Applied Since Last | $0.00 |
| Total Outstanding | $2,887.50 |

**Return Remittance**
**Please return this portion with your payment - Thank you!**

William G. Jungbauer

Wallis, Jeanette v. BNSF Railwa

| **Invoice Number:** | 6369 | 30326 |
|---|---|---|
| **Balance Due:** | $450.00 | |
| **Amount Enclosed:** | _____ | |

1425 Fourth Avenue, Suite 300
Seattle, WA 98101
Phone: (206) 223-1669
Fax: (206) 223-0450
www.jdrllc.com

036
WALLIS COSTS

Judicial Dispute Resolution, LLC

Tax I.D. Number: 91-1825903

William G. Jungbauer
Yaeger Jungbauer & Barczak, PLC
2550 University Ave. W., Suite 345N
St. Paul, MN 55114

Charles S. Burdell, Jr.
George Finkle
Larry Jordan
Steve Scott
Paris K. Kallas
Bruce W. Hilyer

| | | |
|---|---|---|
| Invoice Number | 6369 | 30250 |
| Invoice Date | | 12/06/2013 |

TLM Rec'd inv.
on 2/26/2018

**Regarding:**
Wallis, Jeanette v. BNSF Railway Co.    2010-3614

**Panelist:**
Kallas, Paris

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Mediation on January 7, 2014 | 8.00 | 450.00 | 3,600.00 |
| Preparation time | 1.50 | 450.00 | 675.00 |
| Administrative Fee | 0.00 | 0.00 | 500.00 |
| Total Billed | | | 4,775.00 |
| **YOUR PORTION** | | **50.00%** | **$2,387.50** |

*Due Date: December 20, 2013*

Second Notice

**Return Remittance**
**Please return this portion with your payment - Thank you!**

William G. Jungbauer

Wallis, Jeanette v. BNSF Railwa

| **Invoice Number:** | 6369 | 30250 |
|---|---|---|
| **Balance Due:** | | $2,387.50 |
| **Amount Enclosed:** | | |

037
WALLIS COSTS

Atrium Offices - Ft. Worth
777 Main Street
Suite 600
Fort Worth, TX 76102
(817) 887-8000



| | |
|---|---|
| Client Identification: 4000 | Invoice Date: 7/27/2012 |
| YAEGER, JUNGBAUER & BARCZAK, | Due Date: 8/1/2012 |

| | |
|---|---|
| Balance Forward: | $0.00 |
| Payments/Credits: | $95.17 |
| **Attn:** Current Invoice Amount: | $95.17 |
| Ending Balance: | $0.00 |

### Invoice For:
## August 2012 Fixed Charges, July 2012 Variable Charges

### *Payments/Credits*

| | | |
|---|---|---|
| 7/27/2012 Payment received-Thank You | $95.17 | |
| *Total Payments/Credits:* | *$95.17* | |

### *Current Charges*

| | |
|---|---|
| Copies | $6.90 |
| Client Support | $12.50 |
| Valet Parking | $75.20 |
| **Total Current Charges:** | **$94.60** |

### *Tax Summary*

| *Description* | *Taxable Amount* | *Tax Rate* | *Taxes* |
|---|---|---|---|
| Sales Tax | $6.90 @ | 8.25 % | 0.57 |
| | | | $0.57 |

| **Total Invoice Charges:** | $95.17 |
|---|---|

Payment is due by the 1st day of the month

| **Please Pay The Total Amount Of:** | $0.00 |
|---|---|

Payments not received by the 5th day of the month will be assessed a late fee pursuant to the terms of your agreement.

# *Invoice Detail*

*YAEGER, JUNGBAUER & BARCZAK, PLC.*

| Date | Quantity | Amount | Unit | Description |
|------|----------|--------|------|-------------|
| *Copies* | | | | |
| 7/27/2012 | 69.00 | $6.90 | | Copies |
| **Sum:** | *69.00* | *$6.90* | | |
| *Client Support* | | | | |
| 7/27/2012 | 0.50 | $12.50 | | Client Support |
| **Sum:** | *0.50* | *$12.50* | | |
| *Valet Parking* | | | | |
| 7/27/2012 | 40.00 | $75.20 | | Valet Parking |
| **Sum:** | *40.00* | *$75.20* | | |
| **Grand Total:** | 109.50 | $94.60 | | |

Atrium Offices - Ft. Worth
777 Main Street
Suite 600
Fort Worth, TX 76102
(817) 887-8000





**Atrium**
Executive Business Centers

Client Identification: 4000

YAEGER, JUNGBAUER & BARCZAK,

Attn:

| | |
|---|---|
| Invoice Date: | 7/25/2012 |
| Due Date: | 8/1/2012 |
| Invoice Number: | 10137521 |
| Balance Forward: | $0.00 |
| Payments/Credits: | $59.57 |
| Current Invoice Amount: | $59.57 |
| Ending Balance: | $0.00 |

### Invoice For:
### August 2012 Fixed Charges, July 2012 Variable Charges

#### Payments/Credits

| | |
|---|---|
| 7/25/2012  Payment received-Thank You | $59.57 |
| **Total Payments/Credits:** | *$59.57* |

#### Current Charges

| | |
|---|---|
| Copies | $20.30 |
| Valet Parking | $37.60 |
| Total Current Charges: | $57.90 |

#### Tax Summary

| Description | Taxable Amount | Tax Rate | Taxes |
|---|---|---|---|
| Sales Tax | $20.30 @ | 8.25 % | 1.67 |
| | | | $1.67 |

| | |
|---|---|
| **Total Invoice Charges:** | $59.57 |

Payment is due by the 1st day of the month

| | |
|---|---|
| **Please Pay The Total Amount Of:** | $0.00 |

Payments not received by the 5th day of the month will be assessed a late fee pursuant to the terms of your agreement.

# *Invoice Detail*

*YAEGER, JUNGBAUER & BARCZAK, PLC.*

| Date | Quantity | Amount | Unit | Description |
|------|----------|--------|------|-------------|
| *Copies* | | | | |
| 7/25/2012 | 203.00 | $20.30 | | Copies |
| Sum: | 203.00 | $20.30 | | |
| *Valet Parking* | | | | |
| 7/25/2012 | 20.00 | $37.60 | | Valet Parking |
| Sum: | 20.00 | $37.60 | | |
| Grand Total: | 223.00 | $57.90 | | |



**Fisher Video Conferencing Services**
503 East Mendenhall
Bozeman, MT 59715
406-587-9016
maindesk@fishercourtreporting.com



1314 39-C

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/28/2014 | VC14-67 |

## RECEIVED

MAR 0 4 2014

Yaeger, Jungbauer & Barczak

| Bill To |
|---------|
| Yaeger Jungbauer Barczak<br>Attn: Sophia Peterson<br>2550 University Ave W<br>St Paul, MN 55114 |

Wallace vs. BNSF  2D10-3614
Wallis

| Terms | Due Date |
|-------|----------|
| Net 30 | 3/30/2014 |

| Item | Service Date | Description | Amount |
|------|--------------|-------------|--------|
| Video Conference | 2/25/2014 | Dr. William Stratford<br>Fisher Missoula to Seattle Court<br>1.25 hours @ $175/hr | 218.75 |

Thank you for your business.      Federal Tax ID: 81-0459321

| | |
|---|---|
| Payments/Credits | $0.00 |
| **Balance Due** | $218.75 |

042
WALLIS COSTS

# Detail Cost Transaction File List
Yaeger & Jungbauer Barristers, PLC

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Amount | | Ref # |
|--------|-----------|------|-----|------------------|------|--------|---|-------|
| **Tcode 49 Photocopying (PI):** | | | | | | | | |
| 2010.3614 | 08/18/2010 | 2 | U | 49 | | 0.75 | Photocopying (PI), 5 pp @ $.15 each<br>Wallis/Jeanette<br>Wallis, Jeanette v OSHA claim | 1 |
| 2010.3614 | 01/13/2011 | 2 | U | 49 | | 0.60 | Photocopying (PI), 4 pp @ $.15 each<br>Wallis/Jeanette<br>Wallis, Jeanette v OSHA claim | 13 |
| 2010.3614 | 02/22/2011 | 2 | U | 49 | | 2.85 | Photocopying (PI), 19 pp @ $.15 each<br>Wallis/Jeanette<br>Wallis, Jeanette v OSHA claim | 15 |
| 2010.3614 | 06/03/2011 | 2 | U | 49 | | 0.15 | Photocopying (PI), 1 pp @ $.15 each<br>Wallis/Jeanette<br>Wallis, Jeanette v OSHA claim | 27 |
| 2010.3614 | 10/27/2011 | 2 | U | 49 | | 0.90 | Photocopying (PI), 6 pp @ $.15 each<br>Wallis/Jeanette<br>Wallis, Jeanette v OSHA claim | 30 |
| 2010.3614 | 10/31/2011 | 2 | U | 49 | | 0.45 | Photocopying (PI), 3 pp @ $.15 each<br>Wallis/Jeanette<br>Wallis, Jeanette v OSHA claim | 31 |
| 2010.3614 | 11/21/2011 | 2 | U | 49 | | 2.85 | Photocopying (PI), 19 pp @ $.15 each<br>Wallis/Jeanette<br>Wallis, Jeanette v OSHA claim | 33 |
| 2010.3614 | 11/30/2011 | 2 | U | 49 | | 0.45 | Photocopying (PI), 3 pp @ $.15 each<br>Wallis/Jeanette<br>Wallis, Jeanette v OSHA claim | 34 |
| 2010.3614 | 01/26/2012 | 2 | U | 49 | | 0.45 | Photocopying (PI), 3 pp @ $.15 each<br>Wallis/Jeanette<br>Wallis, Jeanette v OSHA claim | 36 |
| 2010.3614 | 05/30/2012 | 2 | P | 49 | | 1.05 | Photocopying (PI), 7 pp @ $.15 each<br>Wallis/Jeanette<br>Wallis, Jeanette v OSHA claim | 46 |
| 2010.3614 | 07/16/2012 | 2 | P | 49 | | 0.30 | Photocopying (PI), 2 pp @ $.15 each<br>Wallis/Jeanette<br>Wallis, Jeanette v OSHA claim | 70 |
| 2010.3614 | 07/18/2012 | 2 | P | 49 | | 1.35 | Photocopying (PI), 9 pp @ $.15 each<br>Wallis/Jeanette<br>Wallis, Jeanette v OSHA claim | 72 |
| 2010.3614 | 07/20/2012 | 2 | P | 49 | | 1.05 | Photocopying (PI), 7 pp @ $.15 each<br>Wallis/Jeanette<br>Wallis, Jeanette v OSHA claim | 73 |
| 2010.3614 | 07/25/2012 | 2 | P | 49 | | 0.15 | Photocopying (PI), 1 pp @ $.15 each<br>Wallis/Jeanette<br>Wallis, Jeanette v OSHA claim | 74 |
| 2010.3614 | 08/09/2012 | 2 | P | 49 | | 0.30 | Photocopying (PI), 2 pp @ $.15 each<br>Wallis/Jeanette<br>Wallis, Jeanette v OSHA claim | 77 |
| 2010.3614 | 08/13/2012 | 2 | P | 49 | | 0.30 | Photocopying (PI), 2 pp @ $.15 each<br>Wallis/Jeanette<br>Wallis, Jeanette v OSHA claim | 78 |
| 2010.3614 | 08/13/2012 | 2 | P | 49 | | 2.55 | Photocopying (PI), 17 pp @ $.15 each<br>Wallis/Jeanette<br>Wallis, Jeanette v OSHA claim | 79 |
| 2010.3614 | 08/23/2012 | 2 | P | 49 | | 0.15 | Photocopying (PI), 1 pp @ $.15 each<br>Wallis/Jeanette<br>Wallis, Jeanette v OSHA claim | 86 |
| 2010.3614 | 08/31/2012 | 2 | P | 49 | | 1.35 | Photocopying (PI), 9 pp @ $.15 each<br>Wallis/Jeanette<br>Wallis, Jeanette v OSHA claim | 90 |
| 2010.3614 | 09/04/2012 | 2 | P | 49 | | 17.55 | Photocopying (PI), 117 pp @ $.15 each<br>Wallis/Jeanette<br>Wallis, Jeanette v OSHA claim | 93 |
| 2010.3614 | 09/20/2012 | 2 | P | 49 | | 0.15 | Photocopying (PI), 1 pp @ $.15 each<br>Wallis/Jeanette<br>Wallis, Jeanette v OSHA claim | 103 |
| 2010.3614 | 10/02/2012 | 2 | P | 49 | | 0.15 | Photocopying (PI), 1 pp @ $.15 each<br>Wallis/Jeanette<br>Wallis, Jeanette v OSHA claim | 111 |
| 2010.3614 | 10/08/2012 | 2 | P | 49 | | 0.30 | Photocopying (PI), 2 pp @ $.15 each<br>Wallis/Jeanette<br>Wallis, Jeanette v OSHA claim | 118 |
| 2010.3614 | 10/11/2012 | 2 | P | 49 | | 0.30 | Photocopying (PI), 2 pp @ $.15 each<br>Wallis/Jeanette<br>Wallis, Jeanette v OSHA claim | 120 |
| 2010.3614 | 10/11/2012 | 2 | P | 49 | | 1.20 | Photocopying (PI), 8 pp @ $.15 each<br>Wallis/Jeanette<br>Wallis, Jeanette v OSHA claim | 121 |
| 2010.3614 | 10/12/2012 | 2 | P | 49 | | 84.75 | Photocopying (PI), 565 pp @ $.15 each | 122 |

043
WALLIS-CO313

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|

**Tcode 49 Photocopying (PI):**

| Client | Trans Date | Tmkr | H P | Tcode | Amount | Description | Ref # |
|---|---|---|---|---|---|---|---|
| | | | | | | Wallis/Jeanette | |
| | | | | | | Wallis, Jeanette v OSHA claim | |
| 2010.3614 | 10/12/2012 | 2 | P | 49 | 28.05 | Photocopying (PI), 187 pp @ $.15 each | 123 |
| | | | | | | Wallis, Jeanette v OSHA claim | |
| | | | | | | Wallis/Jeanette | |
| 2010.3614 | 10/12/2012 | 2 | P | 49 | 30.00 | Photocopying (PI), 200 pp @ $.15 each | 124 |
| | | | | | | Wallis/Jeanette | |
| | | | | | | Wallis, Jeanette v OSHA claim | |
| 2010.3614 | 10/12/2012 | 2 | P | 49 | 10.05 | Photocopying (PI), 67 pp @ $.15 each | 125 |
| | | | | | | Wallis/Jeanette | |
| | | | | | | Wallis, Jeanette v OSHA claim | |
| 2010.3614 | 10/12/2012 | 2 | P | 49 | 20.40 | Photocopying (PI), 136 pp @ $.15 each | 126 |
| | | | | | | Wallis/Jeanette | |
| | | | | | | Wallis, Jeanette v OSHA claim | |
| 2010.3614 | 10/12/2012 | 2 | P | 49 | 156.30 | Photocopying (PI), 1042 pp @ $.15 each | 127 |
| | | | | | | Wallis/Jeanette | |
| | | | | | | Wallis, Jeanette v OSHA claim | |
| 2010.3614 | 10/12/2012 | 2 | P | 49 | 10.35 | Photocopying (PI), 69 pp @ $.15 each | 128 |
| | | | | | | Wallis/Jeanette | |
| | | | | | | Wallis, Jeanette v OSHA claim | |
| 2010.3614 | 10/12/2012 | 2 | P | 49 | 19.80 | Photocopying (PI), 132 pp @ $.15 each | 129 |
| | | | | | | Wallis/Jeanette | |
| | | | | | | Wallis, Jeanette v OSHA claim | |
| 2010.3614 | 10/23/2012 | 2 | P | 49 | 0.45 | Photocopying (PI), 3 pp @ $.15 each | 156 |
| | | | | | | Wallis/Jeanette | |
| | | | | | | Wallis, Jeanette v OSHA claim | |
| 2010.3614 | 10/23/2012 | 2 | P | 49 | 1.20 | Photocopying (PI), 8 pp @ $.15 each | 157 |
| | | | | | | Wallis/Jeanette | |
| | | | | | | Wallis, Jeanette v OSHA claim | |
| 2010.3614 | 11/26/2012 | 2 | P | 49 | 0.60 | Photocopying (PI), 4 pp @ $.15 each | 174 |
| | | | | | | Wallis/Jeanette | |
| | | | | | | Wallis, Jeanette v OSHA claim | |
| 2010.3614 | 06/11/2013 | 2 | P | 49 | 0.15 | Photocopying (PI), 1 pp @ $.15 each | 203 |
| | | | | | | Wallis/Jeanette | |
| | | | | | | Wallis, Jeanette v OSHA claim | |
| 2010.3614 | 06/11/2013 | 2 | P | 49 | 0.15 | Photocopying (PI), 1 pp @ $.15 each | 204 |
| | | | | | | Wallis/Jeanette | |
| | | | | | | Wallis, Jeanette v OSHA claim | |
| 2010.3614 | 07/15/2013 | 2 | P | 49 | 4.05 | Photocopying (PI), 27 pp @ $.15 each | 215 |
| | | | | | | Wallis/Jeanette | |
| | | | | | | Wallis, Jeanette v OSHA claim | |
| 2010.3614 | 07/16/2013 | 2 | P | 49 | 58.35 | Photocopying (PI), 389 pp @ $.15 each | 216 |
| | | | | | | Wallis/Jeanette | |
| | | | | | | Wallis, Jeanette v OSHA claim | |
| 2010.3614 | 07/16/2013 | 2 | P | 49 | 11.40 | Photocopying (PI), 76 pp @ $.15 each | 217 |
| | | | | | | Wallis/Jeanette | |
| | | | | | | Wallis, Jeanette v OSHA claim | |
| 2010.3614 | 07/16/2013 | 2 | P | 49 | 0.15 | Photocopying (PI), 1 pp @ $.15 each | 218 |
| | | | | | | Wallis/Jeanette | |
| | | | | | | Wallis, Jeanette v OSHA claim | |
| 2010.3614 | 07/17/2013 | 2 | P | 49 | 0.15 | Photocopying (PI), 1 pp @ $.15 each | 219 |
| | | | | | | Wallis/Jeanette | |
| | | | | | | Wallis, Jeanette v OSHA claim | |
| 2010.3614 | 07/24/2013 | 2 | P | 49 | 0.30 | Photocopying (PI), 2 pp @ $.15 each | 222 |
| | | | | | | Wallis/Jeanette | |
| | | | | | | Wallis, Jeanette v OSHA claim | |
| 2010.3614 | 07/26/2013 | 2 | P | 49 | 0.15 | Photocopying (PI), 1 pp @ $.15 each | 223 |
| | | | | | | Wallis/Jeanette | |
| | | | | | | Wallis, Jeanette v OSHA claim | |
| 2010.3614 | 07/26/2013 | 2 | P | 49 | 0.15 | Photocopying (PI), 1 pp @ $.15 each | 224 |
| | | | | | | Wallis/Jeanette | |
| | | | | | | Wallis, Jeanette v OSHA claim | |
| 2010.3614 | 08/20/2013 | 2 | P | 49 | 1.50 | Photocopying (PI), 10 pp @ $.15 each | 233 |
| | | | | | | Wallis/Jeanette | |
| | | | | | | Wallis, Jeanette v OSHA claim | |
| 2010.3614 | 08/29/2013 | 2 | P | 49 | 0.60 | Photocopying (PI), 4 pp @ $.15 each | 234 |
| | | | | | | Wallis/Jeanette | |
| | | | | | | Wallis, Jeanette v OSHA claim | |
| 2010.3614 | 08/30/2013 | 2 | P | 49 | 0.75 | Photocopying (PI), 5 pp @ $.15 each | 235 |
| | | | | | | Wallis/Jeanette | |
| | | | | | | Wallis, Jeanette v OSHA claim | |
| 2010.3614 | 09/06/2013 | 2 | P | 49 | 0.75 | Photocopying (PI), 5 pp @ $.15 each | 236 |
| | | | | | | Wallis/Jeanette | |
| | | | | | | Wallis, Jeanette v OSHA claim | |
| 2010.3614 | 09/10/2013 | 2 | P | 49 | 0.30 | Photocopying (PI), 2 pp @ $.15 each | 237 |
| | | | | | | Wallis/Jeanette | |

WALLIS COSTS

# Detail Cost Transaction File List
Yaeger & Jungbauer Barristers, PLC

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Amount | | Ref # |
|--------|-----------|------|-----|------------------|------|--------|---|-------|

**Tcode 49 Photocopying (PI):**

| Client | Trans Date | Tmkr | H P | Tcode | Amount | Description | Ref # |
|--------|-----------|------|-----|-------|--------|-------------|-------|
| 2010.3614 | 09/16/2013 | 2 | P | 49 | 3.75 | Wallis, Jeanette v OSHA claim<br>Photocopying (PI), 25 pp @ $.15 each<br>Wallis/Jeanette | 238 |
| 2010.3614 | 09/16/2013 | 2 | P | 49 | 7.50 | Wallis, Jeanette v OSHA claim<br>Photocopying (PI), 50 pp @ $.15 each<br>Wallis/Jeanette | 239 |
| 2010.3614 | 09/16/2013 | 2 | P | 49 | 0.30 | Wallis, Jeanette v OSHA claim<br>Photocopying (PI), 2 pp @ $.15 each<br>Wallis/Jeanette | 240 |
| 2010.3614 | 09/25/2013 | 2 | P | 49 | 0.45 | Wallis, Jeanette v OSHA claim<br>Photocopying (PI), 3 pp @ $.15 each<br>Wallis/Jeanette | 243 |
| 2010.3614 | 10/02/2013 | 2 | P | 49 | 0.30 | Wallis, Jeanette v OSHA claim<br>Photocopying (PI), 2 pp @ $.15 each<br>Wallis/Jeanette | 246 |
| 2010.3614 | 10/07/2013 | 2 | P | 49 | 0.45 | Wallis, Jeanette v OSHA claim<br>Photocopying (PI), 3 pp @ $.15 each<br>Wallis/Jeanette | 256 |
| 2010.3614 | 10/08/2013 | 2 | P | 49 | 0.15 | Wallis, Jeanette v OSHA claim<br>Photocopying (PI), 1 pp @ $.15 each<br>Wallis/Jeanette | 257 |
| 2010.3614 | 10/24/2013 | 2 | P | 49 | 2.55 | Wallis, Jeanette v OSHA claim<br>Photocopying (PI), 17 pp @ $.15 each<br>Wallis/Jeanette | 268 |
| 2010.3614 | 11/01/2013 | 2 | P | 49 | 1.80 | Wallis, Jeanette v OSHA claim<br>Photocopying (PI), 12 pp @ $.15 each<br>Wallis/Jeanette | 269 |
| 2010.3614 | 11/01/2013 | 2 | P | 49 | 5.85 | Wallis, Jeanette v OSHA claim<br>Photocopying (PI), 39 pp @ $.15 each<br>Wallis/Jeanette | 270 |
| 2010.3614 | 11/12/2013 | 2 | P | 49 | 0.30 | Wallis, Jeanette v OSHA claim<br>Photocopying (PI), 2 pp @ $.15 each<br>Wallis/Jeanette | 271 |
| 2010.3614 | 11/12/2013 | 2 | P | 49 | 2.25 | Wallis, Jeanette v OSHA claim<br>Photocopying (PI), 15 pp @ $.15 each<br>Wallis/Jeanette | 272 |
| 2010.3614 | 11/12/2013 | 2 | P | 49 | 40.80 | Wallis, Jeanette v OSHA claim<br>Photocopying (PI), 272 pp @ $.15 each<br>Wallis/Jeanette | 273 |
| 2010.3614 | 11/18/2013 | 2 | P | 49 | 0.15 | Wallis, Jeanette v OSHA claim<br>Photocopying (PI), 1 pp @ $.15 each<br>Wallis/Jeanette | 275 |
| 2010.3614 | 01/09/2014 | 2 | P | 49 | 9.90 | Wallis, Jeanette v OSHA claim<br>Photocopying (PI), 66 pp @ $.15 each<br>Wallis/Jeanette | 282 |
| 2010.3614 | 01/10/2014 | 2 | P | 49 | 12.45 | Wallis, Jeanette v OSHA claim<br>Photocopying (PI), 83 pp @ $.15 each<br>Wallis/Jeanette | 284 |
| 2010.3614 | 01/13/2014 | 2 | P | 49 | 0.45 | Wallis, Jeanette v OSHA claim<br>Photocopying (PI), 3 pp @ $.15 each<br>Wallis/Jeanette | 285 |
| 2010.3614 | 01/13/2014 | 2 | P | 49 | 0.30 | Wallis, Jeanette v OSHA claim<br>Photocopying (PI), 2 pp @ $.15 each<br>Wallis/Jeanette | 286 |
| 2010.3614 | 01/16/2014 | 2 | P | 49 | 0.45 | Wallis, Jeanette v OSHA claim<br>Photocopying (PI), 3 pp @ $.15 each<br>Wallis/Jeanette | 287 |
| 2010.3614 | 01/21/2014 | 2 | P | 49 | 0.15 | Wallis, Jeanette v OSHA claim<br>Photocopying (PI), 1 pp @ $.15 each<br>Wallis/Jeanette | 288 |
| 2010.3614 | 01/27/2014 | 2 | P | 49 | 3.30 | Wallis, Jeanette v OSHA claim<br>Photocopying (PI), 22 pp @ $.15 each<br>Wallis/Jeanette | 289 |
| 2010.3614 | 01/27/2014 | 2 | P | 49 | 0.60 | Wallis, Jeanette v OSHA claim<br>Photocopying (PI), 4 pp @ $.15 each<br>Wallis/Jeanette | 290 |
| 2010.3614 | 01/31/2014 | 2 | P | 49 | 0.90 | Wallis, Jeanette v OSHA claim<br>Photocopying (PI), 6 pp @ $.15 each<br>Wallis/Jeanette | 293 |
| 2010.3614 | 02/11/2014 | 2 | P | 49 | 1.20 | Wallis, Jeanette v OSHA claim<br>Photocopying (PI), 8 pp @ $.15 each<br>Wallis/Jeanette | 334 |
| 2010.3614 | 02/11/2014 | 2 | P | 49 | 111.75 | Wallis, Jeanette v OSHA claim<br>Photocopying (PI), 745 pp @ $.15 each<br>Wallis, Jeanette v OSHA claim | 335 |

045
WALLIS COSTS

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|
| **Tcode 49 Photocopying (PI):** | | | | | | | | |
| 2010.3614 | 02/12/2014 | 2 | P | 49 | | 142.80 | Photocopying (PI), 952 pp @ $.15 each | 336 |
| | | | | | | | Wallis/Jeanette | |
| | | | | | | | Wallis, Jeanette v OSHA claim | |
| 2010.3614 | 02/13/2014 | 2 | P | 49 | | 314.40 | Photocopying (PI), 2096 pp @ $.15 each | 337 |
| | | | | | | | Wallis/Jeanette | |
| | | | | | | | Wallis, Jeanette v OSHA claim | |
| 2010.3614 | 02/13/2014 | 2 | P | 49 | | 309.90 | Photocopying (PI), 2066 pp @ $.15 each | 338 |
| | | | | | | | Wallis/Jeanette | |
| | | | | | | | Wallis, Jeanette v OSHA claim | |
| 2010.3614 | 02/13/2014 | 2 | P | 49 | | 57.90 | Photocopying (PI), 386 pp @ $.15 each | 339 |
| | | | | | | | Wallis/Jeanette | |
| | | | | | | | Wallis, Jeanette v OSHA claim | |
| 2010.3614 | 02/13/2014 | 2 | P | 49 | | 66.75 | Photocopying (PI), 445 pp @ $.15 each | 340 |
| | | | | | | | Wallis/Jeanette | |
| | | | | | | | Wallis, Jeanette v OSHA claim | |
| 2010.3614 | 02/14/2014 | 2 | P | 49 | | 210.60 | Photocopying (PI), 1404 pp @ $.15 each | 341 |
| | | | | | | | Wallis/Jeanette | |
| | | | | | | | Wallis, Jeanette v OSHA claim | |
| 2010.3614 | 02/14/2014 | 2 | P | 49 | | 140.70 | Photocopying (PI), 938 pp @ $.15 each | 342 |
| | | | | | | | Wallis/Jeanette | |
| | | | | | | | Wallis, Jeanette v OSHA claim | |
| **Total for Tcode 49** | | | | | Billable | 1,929.60 | Photocopying (PI) | |
| **Tcode 53 Photocopying** | | | | | | | | |
| 2010.3614 | 11/21/2011 | 2 | U | 53 | 0.150 | 2.85 | Photocopying 19 pp @ $.15 each | 35 |
| | | | | | | | Wallis/Jeanette | |
| | | | | | | | Wallis, Jeanette v OSHA claim | |
| 2010.3614 | 01/03/2012 | 2 | U | 53 | 0.150 | 148.80 | Photocopying 992 pp @ $.15 each | 37 |
| | | | | | | | Wallis/Jeanette | |
| | | | | | | | Wallis, Jeanette v OSHA claim | |
| 2010.3614 | 08/13/2012 | 2 | P | 53 | 0.150 | 16.50 | Photocopying 110 pp @ $.15 each | 82 |
| | | | | | | | Wallis/Jeanette | |
| | | | | | | | Wallis, Jeanette v OSHA claim | |
| 2010.3614 | 08/23/2012 | 2 | P | 53 | 0.150 | 9.15 | Photocopying 61 pp @ $.15 each | 87 |
| | | | | | | | Wallis/Jeanette | |
| | | | | | | | Wallis, Jeanette v OSHA claim | |
| 2010.3614 | 08/27/2012 | 2 | P | 53 | 0.150 | 12.30 | Photocopying 82 pp @ $.15 each | 88 |
| | | | | | | | Wallis/Jeanette | |
| | | | | | | | Wallis, Jeanette v OSHA claim | |
| 2010.3614 | 08/31/2012 | 2 | P | 53 | 0.150 | 3.00 | Photocopying - 20 pp @ $.15 each | 89 |
| | | | | | | | Wallis/Jeanette | |
| | | | | | | | Wallis, Jeanette v OSHA claim | |
| 2010.3614 | 09/04/2012 | 2 | P | 53 | 0.150 | 2.55 | Photocopying 17 pp @ $.15 each | 109 |
| | | | | | | | Wallis/Jeanette | |
| | | | | | | | Wallis, Jeanette v OSHA claim | |
| 2010.3614 | 09/15/2012 | 2 | P | 53 | 0.150 | 404.85 | Photocopying 2,699 pp @ $.15 each | 110 |
| | | | | | | | Wallis/Jeanette | |
| | | | | | | | Wallis, Jeanette v OSHA claim | |
| 2010.3614 | 10/04/2012 | 2 | P | 53 | 0.150 | 21.45 | Photocopying 143 pp @ $.15 each | 163 |
| | | | | | | | Wallis/Jeanette | |
| | | | | | | | Wallis, Jeanette v OSHA claim | |
| 2010.3614 | 03/11/2013 | 2 | P | 53 | 0.150 | 1.35 | Photocopying 9 pp @ $.15 each | 196 |
| | | | | | | | Wallis/Jeanette | |
| | | | | | | | Wallis, Jeanette v OSHA claim | |
| 2010.3614 | 06/28/2013 | 2 | P | 53 | 0.150 | 11.55 | Photocopying 77 pp @ $.15 each | 211 |
| | | | | | | | Wallis/Jeanette | |
| | | | | | | | Wallis, Jeanette v OSHA claim | |
| 2010.3614 | 09/10/2013 | 2 | P | 53 | 0.150 | 7.80 | Photocopying 52 pp @ $.15 each | 244 |
| | | | | | | | Wallis/Jeanette | |
| | | | | | | | Wallis, Jeanette v OSHA claim | |
| 2010.3614 | 09/16/2013 | 2 | P | 53 | 0.150 | 1.35 | Photocopying 9 pp @ $.15 each | 245 |
| | | | | | | | Wallis/Jeanette | |
| | | | | | | | Wallis, Jeanette v OSHA claim | |
| 2010.3614 | 10/23/2013 | 2 | P | 53 | 0.150 | 46.35 | Photocopying 309 pp @ $.15 each | 267 |
| | | | | | | | Wallis/Jeanette | |
| | | | | | | | Wallis, Jeanette v OSHA claim | |
| 2010.3614 | 11/11/2013 | 2 | P | 53 | 0.150 | 34.05 | Photocopying 227 pp @ $.15 each | 281 |
| | | | | | | | Wallis/Jeanette | |
| | | | | | | | Wallis, Jeanette v OSHA claim | |
| 2010.3614 | 01/03/2014 | 2 | P | 53 | 0.150 | 67.65 | Photocopying 451 pp @ $.15 each | 296 |
| | | | | | | | Wallis/Jeanette | |
| | | | | | | | Wallis, Jeanette v OSHA claim | |
| 2010.3614 | 01/13/2014 | 2 | P | 53 | 0.150 | 42.00 | Photocopying 280 pp @ $.15 each | 299 |
| | | | | | | | Wallis/Jeanette | |
| | | | | | | | Wallis, Jeanette v OSHA claim | |

046
WALLIS COSTS

# Detail Cost Transaction File List
Yaeger & Jungbauer Barristers, PLC

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|
| **Tcode 53 Photocopying** | | | | | | | | |
| 2010.3614 | 01/13/2014 | 2 | P | 53 | 0.150 | 60.45 | Photocopying 403 pp @ $.15 each<br>Wallis/Jeanette<br>Wallis, Jeanette v OSHA claim | 300 |
| 2010.3614 | 01/13/2014 | 2 | P | 53 | 0.150 | 73.50 | Photocopying 490 pp @ $.15 each<br>Wallis/Jeanette<br>Wallis, Jeanette v OSHA claim | 301 |
| 2010.3614 | 01/13/2014 | 2 | P | 53 | 0.150 | 66.30 | Photocopying 442 pp @ $.15 each<br>Wallis/Jeanette<br>Wallis, Jeanette v OSHA claim | 302 |
| 2010.3614 | 02/02/2014 | 2 | P | 53 | 0.150 | 17.55 | Photocopying 117 pp @ $.15 each<br>Wallis/Jeanette<br>Wallis, Jeanette v OSHA claim | 297 |
| 2010.3614 | 02/03/2014 | 2 | P | 53 | 0.150 | 14.25 | Photocopying 95 pp @ $.15 each<br>Wallis/Jeanette<br>Wallis, Jeanette v OSHA claim | 298 |
| 2010.3614 | 02/11/2014 | 2 | P | 53 | 0.150 | 111.75 | Photocopying 745 pp @ $.15 each<br>Wallis/Jeanette<br>Wallis, Jeanette v OSHA claim | 433 |
| 2010.3614 | 02/12/2014 | 2 | P | 53 | 0.150 | 142.80 | Photocopying 952 pp @ $.15 each<br>Wallis/Jeanette<br>Wallis, Jeanette v OSHA claim | 434 |
| 2010.3614 | 02/12/2014 | 2 | P | 53 | 0.150 | 12.75 | Photocopying 85 pp @ $.15 each<br>Wallis/Jeanette<br>Wallis, Jeanette v OSHA claim | 435 |
| 2010.3614 | 02/13/2014 | 2 | P | 53 | 0.150 | 124.65 | Photocopying 831 pp @ $.15 each<br>Wallis/Jeanette<br>Wallis, Jeanette v OSHA claim | 431 |
| 2010.3614 | 02/13/2014 | 2 | P | 53 | 0.150 | 313.80 | Photocopying 2092 pp @ $.15 each<br>Wallis/Jeanette<br>Wallis, Jeanette v OSHA claim | 436 |
| 2010.3614 | 02/13/2014 | 2 | P | 53 | 0.150 | 309.90 | Photocopying 2,066 pp @ $.15 each<br>Wallis/Jeanette<br>Wallis, Jeanette v OSHA claim | 437 |
| 2010.3614 | 02/13/2014 | 2 | P | 53 | 0.150 | 87.00 | Photocopying 580 pp @ $.15 each<br>Wallis/Jeanette<br>Wallis, Jeanette v OSHA claim | 438 |
| 2010.3614 | 02/14/2014 | 2 | P | 53 | 0.150 | 140.70 | Photocopying 938 pp @ $.15 each<br>Wallis/Jeanette<br>Wallis, Jeanette v OSHA claim | 432 |
| 2010.3614 | 02/14/2014 | 2 | P | 53 | 0.150 | 210.60 | Photocopying 1,404 pp @ $.15 each<br>Wallis/Jeanette<br>Wallis, Jeanette v OSHA claim | 439 |
| 2010.3614 | 02/17/2014 | 2 | P | 53 | 0.150 | 540.00 | Photocopying 3,600 pp @ $.15 each<br>Wallis/Jeanette<br>Wallis, Jeanette v OSHA claim | 440 |
| 2010.3614 | 02/19/2014 | 2 | P | 53 | 0.150 | 2.85 | Photocopying 19 pp @ $.15 each<br>Wallis/Jeanette<br>Wallis, Jeanette v OSHA claim | 441 |
| **Total for Tcode 53** | | | | | Billable | 3,062.40 | Photocopying | |
| **Tcode 57 Photocopying - Color Copies** | | | | | | | | |
| 2010.3614 | 09/15/2012 | 2 | P | 57 | 1.000 | 172.00 | Photocopying - Color Copies - #51589 - 9/15/2012<br>Wallis/Jeanette<br>Wallis, Jeanette v OSHA claim | 108 |
| 2010.3614 | 01/31/2014 | 2 | P | 57 | 1.000 | 284.00 | Photocopying - Color Copies - #51685 - 1/31/2014<br>Wallis/Jeanette<br>Wallis, Jeanette v OSHA claim | 294 |
| 2010.3614 | 02/02/2014 | 2 | P | 57 | 1.000 | 185.00 | Photocopying - Color Copies - #51686 - 2/2/2014<br>Wallis/Jeanette<br>Wallis, Jeanette v OSHA claim | 295 |
| 2010.3614 | 02/17/2014 | 2 | P | 57 | 1.000 | 5.00 | Photocopying - Color Copies - #51691 - 2/17/2014<br>Wallis/Jeanette<br>Wallis, Jeanette v OSHA claim | 430 |
| **Total for Tcode 57** | | | | | Billable | 646.00 | Photocopying - Color Copies | |

| GRAND TOTALS | | |
|---|---|---|
| | Billable | 5,638.00 |

047
WALLIS COSTS