# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| JEANETTE M. WALLIS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>BNSF RAILWAY COMPANY,<br><br>　　　　　Defendant. | SUPPLEMENTAL JUDGMENT IN A CIVIL CASE<br><br>CASE NO. C13-40Z |

\_\_\_\_　**Jury Verdict**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_X\_\_　**Decision by Court**. This action came on for consideration before the court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Supplemental judgment is hereby entered in favor of Plaintiff and against Defendant in the amount of $231,306.66 in attorney fees, in the amount of $16,601.25 in expenses, and in the amount of $30,459.82 in expert witness fees.

Dated this 23rd day of April, 2014.

　　　　　　　　　　　　　　　　　　　　William M. McCool　　　
　　　　　　　　　　　　　　　　　　　　Clerk

　　　　　　　　　　　　　　　　　　　　s/Claudia Hawney　　　
　　　　　　　　　　　　　　　　　　　　Deputy Clerk