1
2
3
4               UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF WASHINGTON
5                        AT SEATTLE
6
7
8   JEANETTE M. WALLIS,
9              Plaintiff,
                                              Case No. C13-40 TSZ
10        v.
                                              TAXATION OF COSTS
11  BNSF RAILWAY COMPANY,
12             Defendant.
13

      Having considered briefs in support of, and in opposition to, the cost bill herein, costs in the
cause indicated above are hereby taxed against DEFENDANT - BSNF RAILWAY COMPANY,  and on
behalf of PLAINTIFF - JEANETTE M. WALLIS in the amount of $20,838.79 and included in the
judgment as follows:

|  | Requested | Disallowed | Allowed |
|---|---|---|---|
| I.  Fees of the Clerk. | $650.00 | $300.00 | $350.00 |
| Pro Hac Vice fees are not taxable costs. | | | |
| II. Fees for Service of Summons and Subpoena. | $680.80 | -0- | $680.80 |
| Service costs are allowed. | | | |

TAXATION OF COSTS -- 1

|  | Requested | Disallowed | Allowed |
|---|---|---|---|
| III. Fees for printed or electronically recorded transcripts. | $35,093.97 | $17,548.93 | $17,545.04 |

Costs for both video depositions and transcripts of depositions are not allowed by the clerk.  The transcript costs for Saenz, Young, Batterberry and Wallis are not allowed.  The daily trial transcripts are not allowed.  Plaintiff withdraws the cost of deposition synchronizing.

| IV. Fees for Witnesses. | $669.49 | $48.59 | $620.90 |
|---|---|---|---|

The plaintiff withdraws the request for their witness fees.

| V.  Fees for exemplification and costs for copies. | $5,638.00 | $4,228.50 | $1,409.50 |
|---|---|---|---|

The clerk allowed costs for copying case-related documents, trial exhibits and materials directly related to trial.  General copy costs associated with discovery are not taxable.  The clerk limited allowable costs to 25% of the total requested as reasonable.

| VI.  Other Costs. | $3,210.99 | $2,978.44 | $232.55 |
|---|---|---|---|

The valet parking charges and the client support charges are not allowed as costs.  Mediation costs are not taxable.

The clerk has no discretion but to allow costs to the prevailing party.   The relative financial positions of the parties cannot be taken into consideration by the clerk.

Dated this ___25th___ day of April, 2014.

William M. McCool, Clerk
U. S. District Court


By:_____S/ Joseph Whiteley_____
    Joseph Whiteley, Deputy in Charge

TAXATION OF COSTS -- 2