The Honorable Thomas S. Zilly

1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10 JEANETTE M. WALLIS,

NO. 2:13-cv-00040-TSZ

11                                  Plaintiff,

**DECLARATION OF BRYAN
GRAFF IN SUPPORT OF MOTION
FOR APPROVAL OF BOND**

12      v.

13 BNSF RAILWAY COMPANY,

**NOTED ON MOTION CALENDAR:
June 6, 2014**

14                                  Defendant.

15

BRYAN GRAFF declares as follows:

16

17      1.      I am a member of Ryan Swanson & Cleveland, attorneys for defendant.  I

make this declaration based upon my personal, first-hand knowledge and a review of the files

18

and records.  I am competent to testify and if called, would repeat and affirm each and every

19

statement herein.

20

21      2.      Attached as <u>Exhibit 1</u> is a true and correct copy of the Judicial Caseload Profile

for the U.S. Court of Appeals fo the Ninth Circuit, which I printed from the website for the

22

United States Courts on June 3, 2014, and which is available at:

23

        http://www.uscourts.gov/viewer.aspx?doc=/uscourts/Statistics/FederalCourtManagem

24

entStatistics/2013/appeals-fcms-profiles-september-2013.pdf&page=21

25

26

DECLARATION OF BRYAN GRAFF IN SUPPORT OF MOTION
FOR APPROVAL OF BOND - 1
                        NO. 2:13-cv-00040-TSZ

926751.01



Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224  |  Fax 206.583.0359

3.      Attached as Exhibit 2 are true and correct copies of the Appellant's Brief and the Appellant's Reply Brief from the lawsuit captioned *Grimes v. BNSF Ry. Co.*, No. 13-60382, U.S Court of Appeals for the Fifth Circuit.

4.      Attached as Exhibit 3 are true and correct copies of the Appellant's Brief and the Appellant's Reply Brief from the lawsuit captioned *Kuduk v. BNSF Ry. Co.*, No. 13-3326, U.S. Court of Appeals for the Eighth Circuit.

I declare under penalty of perjury under the laws of the state of Washington and the United States of America that the foregoing is true and accurate.

DATED this 6th day of June, 2014, at Seattle, Washington.

Bryan Graff

DECLARATION OF BRYAN GRAFF IN SUPPORT OF MOTION
FOR APPROVAL OF BOND - 2

NO. 2:13-cv-00040-TSZ

926751.01

Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224 | Fax 206.583.0359

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury under the laws of the State of Washington and the United States of America that on June 6, 2014, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel for plaintiff:

Bradley K. Crosta
CROSTA AND BATEMAN
999 Third Avenue, Suite 2525
Seattle, WA 98104-4089
Telephone: (206) 224-0900
Facsimile: (206) 467-8028
bcrosta@aol.com

William G. Jungbauer
YAEGER & JUNGBAUER BARRISTERS, PLC
2550 University Ave. W., Ste. 345N
St. Paul, MN 55114
Telephone: 651-288-9500
Facsimile: 651-288-0227
wjungbauer@yjblaw.com

DATED this 6th day of June, 2014, at Seattle, Washington.

/s/ Bryan C. Graff
James M. Shaker, WSBA #13355
Bryan C. Graff, WSBA #38553
Teruyuki S. Olsen, WSBA #40855
Attorneys for Defendant
1201 Third Avenue, Suite 3400
Seattle, Washington 98101-3034
Telephone: (206) 464-4224
Facsimile: (206) 583-0359
shaker@ryanlaw.com
graff@ryanlaw.com
olsen@ryanlaw.com

DECLARATION OF BRYAN GRAFF IN SUPPORT OF MOTION
FOR APPROVAL OF BOND - 3
NO. 2:13-cv-00040-TSZ

926751.01

RS Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224 | Fax 206.583.0359