The Honorable Thomas S. Zilly

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JEANETTE M. WALLIS,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>BNSF RAILWAY COMPANY,<br><br>　　　　　　　　　Defendant. | NO. 2:13-cv-00040-TSZ<br><br>**ORDER APPROVING<br>SUPERSEDEAS BOND** |

THIS MATTER, having come on regularly by Defendant's Motion for Approval of Supersedeas Bond, the Court having reviewed and considered that motion, the supersedeas bond attached as <u>Exhibit A</u> thereto, any response and reply, all evidence presented, and all files and records herein, having been fully advised in the premises, now, therefore, it is hereby

ORDERED, ADJUDGED AND DECREED that Defendant's Motion for Approval of Supersedeas Bond, docket no. 139, is GRANTED. The Court approves the amount of the bond and the sufficiency of the surety.

DATED this 12th day of June, 2014.

　　　　　　　　　　　　　　　　　　　　THOMAS S. ZILLY
　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER APPROVING SUPERSEDEAS BOND - 1
　　　　　　NO. 2:13-cv-00040-TSZ



920426.01

| | |
|---|---|
| 1 | |
| 2 | Presented by: |
| 3 | RYAN, SWANSON & CLEVELAND, PLLC |
| 4 | |
| 5 | By */s/ Bryan C. Graff* |
| |    James M. Shaker, WSBA #13355 |
| 6 |    Bryan C. Graff, WSBA #38553 |
| |    Teruyuki S. Olsen, WSBA #40855 |
| 7 |    Attorneys for Defendant |
| | 1201 Third Avenue, Suite 3400 |
| 8 | Seattle, Washington 98101-3034 |
| | Telephone: (206) 464-4224 |
| 9 | Facsimile: (206) 583-0359 |
| | shaker@ryanlaw.com |
| 10 | graff@ryanlaw.com |
| | olsen@ryanlaw.com |

ORDER APPROVING SUPERSEDEAS BOND - 2
NO. 2:13-cv-00040-TSZ

920426.01



Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224 | Fax 206.583.0359